**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF GEORGIA

Case number *(if known)* _____    Chapter ___11___

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/24

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | RSTZ Transport Inc |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 30-0986054 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 4110 Balsam Bark Drive <br> Cumming, GA 30028 <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Forsyth <br> County | **Location of principal assets, if different from principal place of business** <br> <br> Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | RSTZ Transport Inc | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.
4841

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check **all** that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | | | |
| | District | When | Case number |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | | Relationship | |
|---|---|---|---|---|
| | District | When | Case number, if known | |

| Debtor | RSTZ Transport Inc | Case number (*if known*) |
|---|---|---|
| | Name | |

**11. Why is the case filed in this district?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

.   *Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☒ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐  $50,001 - $100,000 | ☐ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    RSTZ Transport Inc _____    Case number (*if known*) _____
          Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   _____January 31, 2025_____
              MM / DD / YYYY

**X** /s/   Richard Bethune _____                 Richard Bethune _____
Signature of authorized representative of debtor                     Printed name

Title    CEO _____

**18. Signature of attorney**

**X** /s/ Ian Falcone _____                 Date   _____January 31, 2025_____
Signature of attorney for debtor                                        MM / DD / YYYY

Ian Falcone 254470 _____
Printed name

The Falcone Law Firm, PC _____
Firm name

363 Lawrence St NE
Marietta, GA 30060-2056 _____
Number, Street, City, State & ZIP Code

Contact phone   (770) 426-9359 _____   Email address   imf@falconefirm.com _____

254470 GA _____
Bar number and State

---

**Fill in this information to identify the case:**

Debtor name __RSTZ Transport Inc__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF GEORGIA__

Case number (if known) _____

☐ Check if this is an amended filing

---

<u>Official Form 202</u>
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒ *Schedule H: Codebtors* (Official Form 206H)
☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __January 31, 2025__    **X** /s/  Richard Bethune
Signature of individual signing on behalf of debtor

Richard Bethune
Printed name

CEO
Position or relationship to debtor

---

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | RSTZ Transport Inc |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Berkshire Mastercard 60 State Street Boston, MA 02109 | | Credit card purchases | | | | $31,300.00 |
| Chase Visa PO Box 15299 Wilmington, DE 19850 | | Credit card purchases | | | | $64,876.00 |
| Daimler Truck Finance 14372 Heritage Parkway Suite 400 Fort Worth, TX 76177 | | Truck 8132022 Western Stat 5700XEMileage 255000Good Condition | | $301,039.00 | $225,000.00 | $76,039.00 |
| Forward Finance 53 State Street 20th Floor Boston, MA 02109 | | Future Receipts | | $41,825.00 | $0.00 | $41,825.00 |
| Huntington National Bank PO Box 182519 Columbus, OH 43218 | | Truck 8112023 Peterbuilt 579Mileage 350000Good Condition | | $162,520.00 | $90,000.00 | $72,520.00 |
| Mitsubishi HC Capital America Inc PO Box 71347 Chicago, IL 60694 | | Trailer 5356 ($65,000)2023 Vanguard CIMC Reefer TrailerGood ConditionTrailer 5357 ($65,000)2023 Vanguard CIMC Reefer TrailerGood ConditionTrailer 5358 ($65,000)2023 Vanguard CIMC Reefer trailerGood Condition | | $221,250.00 | $195,000.00 | $26,250.00 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Debtor __RSTZ Transport Inc_____     Case number (if known) _____
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Mitsubishi HC Capital America Inc PO Box 71347 Chicago, IL 60694 | | Trailer 53662023 Vanguard CIMC Reefer Trailer Spread AxleGood Condition | | $100,620.00 | $75,000.00 | $25,620.00 |
| Mitsubishi HC Capital America Inc PO Box 71347 Chicago, IL 60694 | | Truck 7882020 Peterbuilt 389Mileage 650000Good Condition | | $93,294.00 | $90,000.00 | $3,294.00 |
| Navitas Credit Corp 201 Executive Center Drive Suite 100 Columbia, SC 29210 | | Trailer 5362 ($75,000)2023 Vanguard CIMC Reefer Trailer Spread AxleGood ConditionTrailer 5363 ($75,000)2023 Vanguard CIMC Reefer Tailer Spread AxleGood Condition | | $159,094.17 | $150,000.00 | $9,094.17 |
| Navitas Credit Corp 201 Executive Center Drive Suite 100 Columbia, SC 29210 | | Trailer 5364 ($15,000)2014 Wabosh Dry Van TrailerStandardGood ConditionTrailer 5365 ($15,000)2014 Wabash Dry Van trailerStandardGood Condition | | $34,066.75 | $30,000.00 | $4,066.75 |
| OnDeck 4700 W. Daybreak Pkwy Ste 200 South Jordan, UT 84009 | | Loan | | | | $53,610.00 |
| Paccar Financial Corp 2180 Satellite Blvd #200 Duluth, GA 30097 | | Truck 7952020 Peterbuilt 579Mileage 420000Good Condition | | $45,160.00 | $40,000.00 | $5,160.00 |
| Pawnee Leasing 3801 Automation Way Suite 207 Longmont, CO 80501 | | Truck 8122023 KenworthMileage 311000Good Condition | | $196,982.00 | $130,000.00 | $66,982.00 |
| QFS Capital LLC 7901   4th St N Ste 13070 Saint Petersburg, FL 33702 | | accounts Receivables | | $268,786.00 | $0.00 | $268,786.00 |

| Debtor | RSTZ Transport Inc | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| The Smarter Merchant 460 Park Ave New York, NY 10011 | | Accounts Receivables, proceeds, cash, equipment, inventory, future receivables | | $27,325.00 | $0.00 | $27,325.00 |
| Trans Advantage One Premier Drive Fenton, MO 63026 | | Truck 7902020 Peterbuilt 579Mileage 458000Good Condition | | $45,291.00 | $35,000.00 | $10,291.00 |
| Trans Advantage One Premier Drive Fenton, MO 63026 | | Truck 7852019 Peterbuild 579mileage 578000.Good Condition | | $36,729.00 | $30,000.00 | $6,729.00 |
| Univest Capital Inc 1041 York Road Warminster, PA 18974 | | Truck 8142023 Peterbuilt 579Mileage 205000Good condition | | $164,315.45 | $100,000.00 | $64,315.45 |
| Univest Capital Inc 1041 York Road Warminster, PA 18974 | | Truck 8112023 Peterbuilt 579Mileage 350000Good Condition | | $162,491.00 | $90,000.00 | $162,491.00 |
| US Small Business Administration 2 North Street Suite 320 Birmingham, AL 35203 | | Berkshire Bank Berkshire Bank Berkshire Bank All receivables are factored through Riviera Finance | | $710,697.37 | $579,462.48 | $710,697.37 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name      RSTZ Transport Inc

United States Bankruptcy Court for the:     NORTHERN DISTRICT OF GEORGIA

Case number (if known)

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          **12/15**

| Part 1: | Summary of Assets |
|---|---|

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*...................................................................................  $ _____ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................................  $ _____ 3,464,462.48

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*...................................................................................  $ _____ 3,464,462.48

| Part 2: | Summary of Liabilities |
|---|---|

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................  $ _____ 4,356,747.74

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................  $ _____ 57,034.60

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................  +$ _____ 174,259.00

4.  **Total liabilities** ....................................................................................................
   Lines 2 + 3a + 3b                                                                                           $ _____ 4,588,041.34

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | RSTZ Transport Inc |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA |
| Case number (if known) | |

☐ Check if this is an
amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:          Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No.   Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | | Current value of debtor's interest |
|---|---|---|---|---|

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Berkshire Bank | Checking | 3476 | $20,000.00 |
| 3.2. | Berkshire Bank | Checking | 0360 | $5.00 |
| 3.3. | Berkshire Bank | Money Market | 7948 | $40.00 |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $20,045.00 |
|---|

### Part 2:          Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☒ No.   Go to Part 3.
☐ Yes Fill in the information below.

### Part 3:          Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No.   Go to Part 4.
☒ Yes Fill in the information below.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    RSTZ Transport Inc _____    Case number *(If known)* _____
          Name

**11.** **Accounts receivable**

11a. 90 days old or less:     559,417.48  -        0.00  = ....          $559,417.48
                        face amount        doubtful or uncollectible accounts

**12.** **Total of Part 3.**                                              | $559,417.48 |
     Current value on lines 11a + 11b = line 12.   Copy the total to line 82.

| Part 4: | Investments |
| --- | --- |

**13. Does the debtor own any investments?**

☒ No.   Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
| --- | --- |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.   Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
| --- | --- |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.   Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
| --- | --- |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.   Go to Part 8.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| **39.** **Office furniture** Desks, chairs, file cabinets | $0.00 | | $500.00 |
| **40.** **Office fixtures** | | | |
| **41.** **Office equipment, including all computer equipment and communication systems equipment and software** Copier-LEASED | Unknown | | Unknown |
| 2 PC, 2 Laptops and 2 Monitors | $0.00 | | $2,000.00 |

**42.** **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43.** **Total of Part 7.**                                              | $2,500.00 |
     Add lines 39 through 42.   Copy the total to line 86.

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor    RSTZ Transport Inc                                    Case number *(If known)* _____
_____
           Name

☒ No
☐ Yes

**45.    Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
| --- | --- |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.   Go to Part 9.
☒ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| **47.    Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.    Truck 785<br>2019 Peterbuild 579<br>mileage 578000.<br>Good Condition | $0.00 | | $30,000.00 |
| 47.2.    Truck 788<br>2020 Peterbuilt 389<br>Mileage 650000<br>Good Condition | $0.00 | | $90,000.00 |
| 47.3.    Truck 795<br>2020 Peterbuilt 579<br>Mileage 420000<br>Good Condition | $0.00 | | $40,000.00 |
| 47.4.    Truck 790<br>2020 Peterbuilt 579<br>Mileage 458000<br>Good Condition | $0.00 | | $35,000.00 |
| 47.5.    Truck 796<br>2020 Western Star 5700XE<br>Mileage 376000<br>Good Condition<br>Leased to   Michael Grendell ($1000/wk) | $0.00 | | $225,000.00 |
| 47.6.    Truck 801<br>2014 Peterbuilt 379<br>Mileage 820000; Good Condition<br>Leased by Operator (Joseph Cogean Jr) | $0.00 | | $60,000.00 |
| 47.7.    Truck 803<br>2022 Western Star 5700 XE<br>Mileage360000<br>Good Condition | $0.00 | | $190,000.00 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor      RSTZ Transport Inc                                              Case number *(If known)* _____
            Name

| | | | | |
|---|---|---|---|---|
| 47.8. | Truck 806<br>2022 Western Star 5700XE<br>Mileage 360000<br>Good Condition | | $0.00 | $200,000.00 |
| 47.9. | Truck 807<br>2021 Western Star 5700XE<br>Mileage 380000<br>Good Condition | | $0.00 | $200,000.00 |
| 47.10<br>· | Truck 810<br>2007 Western Star 5700XE<br>Mileage 493000<br>Good Condition | | $0.00 | $30,000.00 |
| 47.11<br>· | Truck 811<br>2023 Peterbuilt 579<br>Mileage 350000<br>Good Condition | | $0.00 | $90,000.00 |
| 47.12<br>· | Truck 812<br>2023 Kenworth<br>Mileage 311000<br>Good Condition | | $0.00 | $130,000.00 |
| 47.13<br>· | Truck 813<br>2022 Western Stat 5700XE<br>Mileage 255000<br>Good Condition | | $0.00 | $225,000.00 |
| 47.14<br>· | Truck 814<br>2023 Peterbuilt 579<br>Mileage 205000<br>Good condition | | $0.00 | $100,000.00 |
| 47.15<br>· | Trailer 5344<br>2014 Kentucky Drop Frame<br>Good condition | | $0.00 | $50,000.00 |
| 47.16<br>· | Trailer 5345<br>2021 Hyundai Drop Frame Trailer<br>Good Condition | | $0.00 | $40,000.00 |
| 47.17<br>· | Trailer 5346 - ($55,000)<br>2020 Vanguard CIMC<br>Reefer Trailer-Spread Axle<br>Good condition<br>Trailer 5348 ($50,000.)<br>2020 Vanguard CIMC<br>Reefer Trailer<br>Good Condition | | $0.00 | $105,000.00 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor   RSTZ Transport Inc _____   Case number (If known) _____
   Name

| | | | |
|---|---|---|---|
| 47.18<br>· | Trailer 5349<br>2019 Vanguard CIMC Reefer Trailer<br>Good condition | $0.00 | | $50,000.00 |
| 47.19<br>· | Trailer 5350<br>2021 Vanguard CIMC Reefer Trailer<br>Good Condition | $0.00 | | $55,000.00 |
| 47.20<br>· | Trailer 5353 ($55,000)<br>2021 Vanguard CIMC Reefer Trailer<br>Good condition<br>Trailer 5354-($55,000)<br>2021 Vanguard CIMC Reefer Trailer<br>Good Condition<br>Trailer 5355 ($55,000)<br>2021 Vanguard CIMC Reefer Trailer<br>Good Condition | $0.00 | | $165,000.00 |
| 47.21<br>· | Trailer 5356 ($65,000)<br>2023 Vanguard CIMC Reefer Trailer<br>Good Condition<br>Trailer 5357 ($65,000)<br>2023 Vanguard CIMC Reefer Trailer<br>Good Condition<br>Trailer 5358 ($65,000)<br>2023 Vanguard CIMC Reefer trailer<br>Good Condition | $0.00 | | $195,000.00 |
| 47.22<br>· | Trailer 5359 ($90,000)<br>2022 Kentucky Drop Frame Trailer<br>Good Condition<br>Trailer 5360 ($90,000)<br>2022 Kentucky Drop Frame Trailer<br>Good Condition | $0.00 | | $180,000.00 |
| 47.23<br>· | Trailer 5361<br>2023 Vanguard CIMC ReeferTrailer Spread<br>Axle<br>Good Condition | $0.00 | | $75,000.00 |
| 47.24<br>· | Trailer 5362 ($75,000)<br>2023 Vanguard CIMC Reefer Trailer<br>Spread Axle<br>Good Condition<br>Trailer 5363 ($75,000)<br>2023 Vanguard CIMC Reefer Tailer Spread<br>Axle<br>Good Condition | $0.00 | | $150,000.00 |

Debtor    RSTZ Transport Inc _____     Case number *(If known)* _____
          Name

| | | | | |
|---|---|---|---|---|
| 47.25<br>· | Trailer 5364 ($15,000)<br>2014 Wabosh Dry Van Trailer<br>Standard<br>Good Condition<br>Trailer 5365 ($15,000)<br>2014 Wabash Dry Van trailer<br>Standard<br>Good Condition | | $0.00 | $30,000.00 |
| 47.26<br>· | Trailer 5366<br>2023 Vanguard CIMC Reefer Trailer<br>Spread Axle<br>Good Condition | | $0.00 | $75,000.00 |
| 47.27<br>· | Trailer 5367<br>2007 Kentucky Drop Fram Trailer<br>Good Condition | | $0.00 | $30,000.00 |
| 47.28<br>· | Traler 5368<br>1997 Kentucky Drop Frame Trailer<br>Good Condition | | $0.00 | $20,000.00 |

48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.   **Aircraft and accessories**

50.   **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | |
|---|---|---|
| Fork Lift | $0.00 | $5,000.00 |
| 2006 Nissan Forklift | $0.00 | $12,500.00 |

51.   **Total of Part 8.**

      Add lines 47 through 50.   Copy the total to line 87.

$2,882,500.00

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
      ☒ No
      ☐ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
      ☒ No
      ☐ Yes

**Part 9:     Real property**

54. **Does the debtor own or lease any real property?**

☒ No.   Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:     Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☒ No.   Go to Part 11.
☐ Yes Fill in the information below.

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 6

Debtor    RSTZ Transport Inc
_____        Case number *(If known)* _____
          Name

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

☒ No.   Go to Part 12.
☐ Yes Fill in the information below.

Debtor    RSTZ Transport Inc         Case number *(If known)* _____
       Name

**Part 12:**    **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $20,045.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $559,417.48 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $2,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $2,882,500.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.....................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $3,464,462.48 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $3,464,462.48 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name ___RSTZ Transport Inc___

United States Bankruptcy Court for the: ___NORTHERN DISTRICT OF GEORGIA___

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1** | Amur Financial

Creditor's Name
10 Bank Street
Suite 810
White Plains, NY 10601
Creditor's mailing address



Creditor's email address, if known

**Date debt was incurred**
2020
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
accounts, inventory, chattel paper, Accounts Receivables

**Describe the lien**
UCC-1
**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

Column A: $0.00       Column B: $0.00

---

**2.2** | Amur Financial

Creditor's Name
10 Bank Street
Suite 810
White Plains, NY 10601
Creditor's mailing address



Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
2015 Peterbuilt 386 (No longer owns)

**Describe the lien**
UCC-1
**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

Column A: $0.00       Column B: $0.00

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor **RSTZ Transport Inc**

Name

Case number (if known) _____

---

| 2.3 | Apex Commercial Capital | Describe debtor's property that is subject to a lien | $25,279.00 | $75,000.00 |
|---|---|---|---|---|

**Creditor's Name**
1 Walnut Grove Drive
Suite 300
Horsham, PA 19044

Trailer 53612023 Vanguard CIMC ReeferTrailer Spread AxleGood Condition

Creditor's mailing address

**Describe the lien**
Vehicle Loan

Creditor's email address, if known

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
8214

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
1. Apex Commercial Capital

---

| 2.4 | Apex Commercial Capital | Describe debtor's property that is subject to a lien | $66,498.00 | $75,000.00 |
|---|---|---|---|---|

**Creditor's Name**
1 Walnut Grove Drive
Suite 300
Horsham, PA 19044

Trailer 53612023 Vanguard CIMC ReeferTrailer Spread AxleGood Condition

Creditor's mailing address

**Describe the lien**
vehicle loan

Creditor's email address, if known

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.3

---

| 2.5 | Daimler Truck Finance | Describe debtor's property that is subject to a lien | $301,039.00 | $225,000.00 |
|---|---|---|---|---|

**Creditor's Name**
14372 Heritage Parkway
Suite 400
Fort Worth, TX 76177

Truck 8132022 Western Stat 5700XEMileage 255000Good Condition

Creditor's mailing address

**Describe the lien**
Vehicle Loan

Creditor's email address, if known

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
9001

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | RSTZ Transport Inc | Case number (if known) | |
|---|---|---|---|
| | Name | | |

including this creditor and its relative priority.

☐ Unliquidated
☐ Disputed

---

| 2.6 | Daimler Truck Finance | | $159,950.00 | $200,000.00 |
|---|---|---|---|---|

**Creditor's Name**

14372 Heritage Parkway
Suite 400
Fort Worth, TX 76177

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
Truck 8062022 Western Star 5700XEMileage 360000Good Condition

Creditor's email address, if known

**Describe the lien**
vehicle loan

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
2001

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | Daimler Truck Finance | | $144,749.00 | $200,000.00 |
|---|---|---|---|---|

**Creditor's Name**

14372 Heritage Parkway
Suite 400
Fort Worth, TX 76177

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
Truck 8072021 Western Star 5700XEMileage 380000Good Condition

Creditor's email address, if known

**Describe the lien**
vehicle loan

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
2001

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | Daimler Truck Financial | | $123,823.00 | $225,000.00 |
|---|---|---|---|---|

Creditor's Name

PO Box 901
Roanoke, TX 76262

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
Truck 7962020 Western Star 5700XEMileage 376000Good ConditionLeased to   Michael Grendell ($1000/wk)

**Describe the lien**
Vehicle Loan

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
2001

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 3 of 15

| Debtor | RSTZ Transport Inc | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | Forward Finance | | |
|---|---|---|---|
| | Creditor's Name | | |

**Describe debtor's property that is subject to a lien**
Future Receipts

$41,825.00        $0.00

53 State Street
20th Floor
Boston, MA 02109
*Creditor's mailing address*

**Describe the lien**
UCC-1

**Is the creditor an insider or related party?**
☒ No
☐ Yes

*Creditor's email address, if known*

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | Huntington National Bank | | |
|---|---|---|---|
| | Creditor's Name | | |

**Describe debtor's property that is subject to a lien**
Truck 8112023 Peterbuilt 579Mileage 350000Good Condition

$162,520.00        $90,000.00

PO Box 182519
Columbus, OH 43218
*Creditor's mailing address*

**Describe the lien**
Vehicle loan

**Is the creditor an insider or related party?**
☒ No
☐ Yes

*Creditor's email address, if known*

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
5500

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
1. Huntington National Bank
2. Univest Capital Inc

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.11 | Leaf Capital Funding LLC | | |
|---|---|---|---|
| | Creditor's Name | | |

**Describe debtor's property that is subject to a lien**
assets, proceeds, inventory, accounts, ARs, intangibles, equipment, Vehicles, and fixtures Trailer 5350

$0.00        $0.00

2005 Market Street
14th Floor
Philadelphia, PA 19103
*Creditor's mailing address*

**Describe the lien**
UCC-1

**Is the creditor an insider or related party?**
☒ No

---

Official Form 206D         Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**         page 4 of 15

| Debtor | RSTZ Transport Inc | | Case number (if known) | |
| --- | --- | --- | --- | --- |
| | Name | | | |

☐ Yes

**Is anyone else liable on this claim?**

☒ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☒ Disputed

---

| 2.1 2 | Mitsubishi HC Capital | Describe debtor's property that is subject to a lien | $22,958.00 | $40,000.00 |
| --- | --- | --- | --- | --- |

Creditor's Name

1 Pierce Place
Suite 1100 West
Itasca, IL 60143

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
5840

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
Trailer 53452021 Hyundai Drop Frame TrailerGood Condition

**Describe the lien**
vehicle loan

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 3 | Mitsubishi HC Capital | Describe debtor's property that is subject to a lien | $24,000.00 | $105,000.00 |
| --- | --- | --- | --- | --- |

Creditor's Name

1 Pierce Place
Suite 1100 West
Itasca, IL 60143

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
Trailer 5346 - ($55,000)2020 Vanguard CIMCReefer Trailer-Spread AxleGood conditionTrailer 5348 ($50,000.)2020 Vanguard CIMCReefer TrailerGood Condition

**Describe the lien**
vehicle loan

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 4 | Mitsubishi HC Capital America Inc | Describe debtor's property that is subject to a lien | $93,294.00 | $90,000.00 |
| --- | --- | --- | --- | --- |

Creditor's Name

**Describe debtor's property that is subject to a lien**
Truck 7882020 Peterbuilt 389Mileage

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | RSTZ Transport Inc | Case number (if known) | |
|---|---|---|---|
| | Name | | |

650000Good Condition

**Describe the lien**
Vehicle Loan

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

PO Box 71347
Chicago, IL 60694

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
5091

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 5 | Mitsubishi HC Capital America Inc | | $221,250.00 | $195,000.00 |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
Trailer 5356 ($65,000)2023 Vanguard CIMC Reefer TrailerGood ConditionTrailer 5357 ($65,000)2023 Vanguard CIMC Reefer TrailerGood ConditionTrailer 5358 ($65,000)2023 Vanguard CIMC Reefer trailerGood Condition

PO Box 71347
Chicago, IL 60694

Creditor's mailing address

**Describe the lien**
vehicle loan

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
6899

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 6 | Mitsubishi HC Capital America Inc | | $100,620.00 | $75,000.00 |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
Trailer 53662023 Vanguard CIMC Reefer Trailer Spread AxleGood Condition

PO Box 71347
Chicago, IL 60694

Creditor's mailing address

**Describe the lien**
vehicle loan

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
6257

**Do multiple creditors have an interest in the same property?**
Check all that apply

**As of the petition filing date, the claim is:**

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 6 of 15

Debtor __RSTZ Transport Inc_____     Case number (if known) _____
    Name

☒ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.17**  Navitas Credit Corp

Creditor's Name

201 Executive Center Drive
Suite 100
Columbia, SC 29210

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
6160

**Do multiple creditors have an
interest in the same property?**
☒ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Describe debtor's property that is subject to a lien**          $92,620.52       $165,000.00
Trailer 5353 ($55,000)2021 Vanguard CIMC
Reefer TrailerGood conditionTrailer
5354-($55,000)2021 Vanguard CIMC Reefer
TrailerGood ConditionTrailer 5355
($55,000)2021 Vanguard CIMC Reefer
TrailerGood Condition

**Describe the lien**
vehicle loan

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.18**  Navitas Credit Corp

Creditor's Name

201 Executive Center Drive
Suite 100
Columbia, SC 29210

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
5221

**Do multiple creditors have an
interest in the same property?**
☒ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Describe debtor's property that is subject to a lien**          $159,094.17       $150,000.00
Trailer 5362 ($75,000)2023 Vanguard CIMC
Reefer Trailer Spread AxleGood ConditionTrailer
5363 ($75,000)2023 Vanguard CIMC Reefer
Tailer Spread AxleGood Condition

**Describe the lien**
Vehicle Loan

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.19**  Navitas Credit Corp

Creditor's Name

201 Executive Center Drive
Suite 100
Columbia, SC 29210

Creditor's mailing address

**Describe debtor's property that is subject to a lien**          $34,066.75        $30,000.00
Trailer 5364 ($15,000)2014 Wabosh Dry Van
TrailerStandardGood ConditionTrailer 5365
($15,000)2014 Wabash Dry Van
trailerStandardGood Condition

**Describe the lien**

---

| Debtor | RSTZ Transport Inc | Case number (if known) | |
|---|---|---|---|
| | Name | | |

vehicle loan

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
9755

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.20 | Ocean State oil Inc | | Unknown | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
shop equipment for Oil storage

123 Ocean State Drive
North Kingstown, RI 02852

Creditor's mailing address

**Describe the lien**
UCC-1

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
9.25.2024

**Last 4 digits of account number**
5300

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.21 | Paccar Financial Corp | | $45,160.00 | $40,000.00 |
|---|---|---|---|---|

Creditor's Name
2180 Satellite Blvd
#200
Duluth, GA 30097

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
Truck 7952020 Peterbuilt 579Mileage 420000Good Condition

**Describe the lien**
vehicle Loan

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
0785

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.22 | Pawnee Leasing | **Describe debtor's property that is subject to a lien** | $196,982.00 | $130,000.00 |
|---|---|---|---|---|

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   RSTZ Transport Inc
_____
Name

Case number *(if known)* _____

| | |
|---|---|
| **Creditor's Name** | Truck 8122023 KenworthMileage 311000Good Condition |
| 3801 Automation Way Suite 207 Longmont, CO 80501 | |
| Creditor's mailing address | **Describe the lien** |
| | Car note |
| | **Is the creditor an insider or related party?** |
| | ☒ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ☐ No |
| | ☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| ☒ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.2 3 | | | | |
|---|---|---|---|---|
| | **PNC Bank** | Describe debtor's property that is subject to a lien | $39,334.00 | $50,000.00 |
| | Creditor's Name | Trailer 53492019 Vanguard CIMC Reefer TrailerGood condition | | |
| | 655 Business Center Drive suite 250 Hatboro, PA 19040 | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | vehicle Loan | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ☒ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ☐ No | | |
| | | ☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** 7700 | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** | | |
| | ☒ No | Check all that apply | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

---

| 2.2 4 | | | | |
|---|---|---|---|---|
| | **QFS Capital LLC** | Describe debtor's property that is subject to a lien | $268,786.00 | $0.00 |
| | Creditor's Name | accounts Receivables | | |
| | 7901   4th St N Ste 13070 Saint Petersburg, FL 33702 | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | UCC-1 | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ☒ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** 12/6/2024 | ☐ No | | |
| | | ☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** 9450 | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** | | |
| | ☒ No | Check all that apply | | |
| | ☐ Yes. Specify each creditor | ☐ Contingent | | |

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 9 of 15

| Debtor | RSTZ Transport Inc | Case number (if known) | |
|---|---|---|---|
| | Name | | |

including this creditor and its relative
priority.

☐ Unliquidated
☐ Disputed

---

**2.2 5**

**Riviera Finance of Texas Inc**

Creditor's Name

3635 Quakerbridge Road
Trenton, NJ 08619

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** |
|---|
| ☐ No |
| ☒ Yes. Specify each creditor, including this creditor and its relative priority. |
| Specified on line 2.25 |

**Describe debtor's property that is subject to a lien**
Berkshire Bank; Berkshire Bank; Berkshire Bank;
All receivables are factored through Riviera
Finance

**Describe the lien**
UCC-1

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$559,417.48   $579,462.48

---

**2.2 6**

**Riviera Finance of Texas Inc**

Creditor's Name

3635 Quakerbridge Road
Trenton, NJ 08619

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** |
|---|
| ☒ No |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. |

**Describe debtor's property that is subject to a lien**

**Describe the lien**
UCC-1

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00   $0.00

---

**2.2 7**

**The Smarter Merchant**

Creditor's Name

460 Park Ave
New York, NY 10011

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
7.5.2024

**Describe debtor's property that is subject to a lien**
Accounts Receivables, proceeds, cash,
equipment, inventory, future receivables

**Describe the lien**
UCC-1

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

$27,325.00   $0.00

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor  RSTZ Transport Inc
_____                          Case number (if known) _____
        Name

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
|---|---|
| ☒ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

| 2.2 8 | **Trans Advantage** | **Describe debtor's property that is subject to a lien**<br>Truck 7852019 Peterbuild 579mileage 578000.Good Condition | $36,729.00 | $30,000.00 |
|---|---|---|---|---|
| | Creditor's Name | | | |
| | **One Premier Drive**<br>**Fenton, MO 63026** | | | |
| | Creditor's mailing address | **Describe the lien**<br>Vehicle Loan | | |
| | | **Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes | | |
| | Creditor's email address, if known | **Is anyone else liable on this claim?**<br>☐ No<br>☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Date debt was incurred** | | | |
| | **Last 4 digits of account number**<br>3191 | | | |

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
|---|---|
| ☒ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

| 2.2 9 | **Trans Advantage** | **Describe debtor's property that is subject to a lien**<br>Truck 7902020 Peterbuilt 579Mileage 458000Good Condition | $45,291.00 | $35,000.00 |
|---|---|---|---|---|
| | Creditor's Name | | | |
| | **One Premier Drive**<br>**Fenton, MO 63026** | | | |
| | Creditor's mailing address | **Describe the lien**<br>Vehicle Loan | | |
| | | **Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes | | |
| | Creditor's email address, if known | **Is anyone else liable on this claim?**<br>☐ No<br>☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Date debt was incurred** | | | |
| | **Last 4 digits of account number**<br>4277 | | | |

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
|---|---|
| ☒ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

| 2.3 0 | **Trans Advantage** | **Describe debtor's property that is subject to a lien**<br>Truck 8032022 Western Star 5700 XEMileage360000Good Condition | $159,487.00 | $190,000.00 |
|---|---|---|---|---|
| | Creditor's Name | | | |
| | **One Premier Drive**<br>**Fenton, MO 63026** | | | |
| | Creditor's mailing address | **Describe the lien**<br>Vehicle Loan | | |
| | | **Is the creditor an insider or related party?** | | |

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor | RSTZ Transport Inc | Case number (if known) | |
|---|---|---|---|
| | Name | | |

☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
5248

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 1 | Trans Advantage | Describe debtor's property that is subject to a lien | $157,700.00 | $180,000.00 |
|---|---|---|---|---|

Creditor's Name

1 Premier Drive
Fenton, MO 63026

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
5600

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
Trailer 5359 ($90,000)2022 Kentucky Drop Frame TrailerGood ConditionTrailer 5360 ($90,000)2022 Kentucky Drop Frame TrailerGood Condition

**Describe the lien**
vehicle loan

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 2 | Trio Capital | Describe debtor's property that is subject to a lien | $9,446.00 | $12,500.00 |
|---|---|---|---|---|

Creditor's Name
330 Fellowship Road
suit 100
Mount Laurel, NJ 08054

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
7812

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
2006 Nissan Forklift

**Describe the lien**
Equipment Lease

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 3 | Univest Capital Inc | Describe debtor's property that is subject to a lien | $164,315.45 | $100,000.00 |
|---|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien
Truck 8142023 Peterbuilt 579Mileage

---

| Debtor | RSTZ Transport Inc | Case number (if known) | |
|---|---|---|---|
| | Name | | |

205000Good condition

**Describe the lien**
Vehicle Loan

1041 York Road
Warminster, PA 18974

Creditor's mailing address

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
1758

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.3 4 | Univest Capital Inc | **Describe debtor's property that is subject to a lien** | $162,491.00 | $90,000.00 |
|---|---|---|---|---|

Creditor's Name

Truck 8112023 Peterbuilt 579Mileage
350000Good Condition

1041 York Road
Warminster, PA 18974

Creditor's mailing address

**Describe the lien**
UCC-1

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
2023

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.10

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 5 | US Small Business Administration | **Describe debtor's property that is subject to a lien** | $710,697.37 | $579,462.48 |
|---|---|---|---|---|

Creditor's Name

Berkshire Bank; Berkshire Bank; Berkshire Bank;
All receivables are factored through Riviera
Finance

2 North Street
Suite 320
Birmingham, AL 35203

Creditor's mailing address

**Describe the lien**
UCC-1

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
7802

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Official Form 206D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page 13 of 15

Debtor    RSTZ Transport Inc
_____
          Name

Case number (if known) _____

Specified on line 2.25
_____

| 2.3 6 | | | |
|---|---|---|---|

**Wikinger II LLC**
_____
Creditor's Name

1 Mercantile Street
Suite 510
Worcester, MA 01608
_____
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.
_____

**Describe debtor's property that is subject to a lien**
Lease for 24 Town Forest Road, Webster MA 01570
Expires 2028
_____

**Describe the lien**
Property Lease
_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          $0.00

---

3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.          | $4,356,747.74 |

---

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name   and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Ariel Bouskila, Esq<br>Berkovitch & Bouskila PLLC<br>1545 US 202, Ste 101<br>Pomona, NY 10970 | Line  2.24 | |
| Corporation Service Co<br>PO Box 2576<br>Springfield, IL 62708 | Line  2.2 | |
| Corporation Service Company<br>PO Box 2576<br>Springfield, IL 62708 | Line  2.9 | |
| Daimler Truck Financial<br>PO Box 4161<br>Carol Stream, IL 60197 | Line  2.8 | |
| DMKA LLC<br>345 Seventh Ave<br>New York, NY 10001 | Line  2.27 | |
| ENGS Commercial Finance<br>3000 Galleria Circle<br>Ste 800<br>Birmingham, AL 35244 | Line  2.12 | |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | <u>RSTZ Transport Inc</u> | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | |
|---|---|
| ENGS Commercial Finance<br>PO Box 128<br>Itasca, IL 60143 | Line __2.12__ |
| ENGS Commercial Finance<br>3000 Galleria Circle<br>Ste 800<br>Birmingham, AL 35244 | Line __2.14__ |
| Forklift Select LLC<br>12875 East 42nd Ave<br>Ste 50<br>Denver, CO 80239 | Line __2.32__ |
| John Fiorillo<br>Unruh Turner Burk Frees<br>PO Box 515<br><br>West Chester, PA 19381 | Line __2.3__ |
| Mercedes-Benz Financial Svs<br>14372 Heritage Pkwy<br>Fort Worth, TX 76177 | Line __2.6__ |
| The Smarter Merchant<br>1115 Broadway<br>11th Floor<br>New York, NY 10010 | Line __2.27__ |
| VState Filings, as representative<br>301 Mill Road U5<br>Hewlett, NY 11557 | Line __2.27__ |

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 15 of 15

---

**Fill in this information to identify the case:**

Debtor name     RSTZ Transport Inc

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA

Case number (if known)

☐ Check if this is an amended filing

---

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>Bruce D. Legere<br>101 Lakeside Ave<br>Webster, MA 01570 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,280.00 | $1,280.00 |
| | Date or dates debt was incurred<br>1/25-1/31/2025 | Basis for the claim:<br>Weekly Gross Pay | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>Bruce J Dubois, Jr<br>30 Winton Street<br>Cranston, RI 02910 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,821.15 | $2,821.15 |
| | Date or dates debt was incurred<br>1/25-1/31/2025 | Basis for the claim:<br>Weekly pay | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| **2.3** | Priority creditor's name and mailing address<br>David Bucklin<br>650 Pecan Park Rd<br>Jacksonville, FL 32218 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,250.00 | $2,250.00 |
| | Date or dates debt was incurred<br>1/25-1/31/2025 | Basis for the claim:<br>Weekly pay | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | RSTZ Transport Inc | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**2.4**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,170.45 | $3,170.45 |
|---|---|---|---|
| David Ford<br>168 Liberty Hwy<br>Putnam, CT 06260 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| 1/25-1/31/2025 | Weekly pay |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No<br>☐ Yes |

---

**2.5**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,208.80 | $2,208.80 |
|---|---|---|---|
| Geoffrey Staley<br>2100 Nineth Street SW<br>Altoona, IA 50009 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| 1/25-1/31/2025 | Weekly Gross Pay |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No<br>☐ Yes |

---

**2.6**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,878.35 | $2,878.35 |
|---|---|---|---|
| James LaChance<br>3 Prenier Rd<br>Charlton, MA 01507 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| 1/25-1/31/2025 | Weekly Gross Pay |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No<br>☐ Yes |

---

**2.7**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,000.00 | $5,000.00 |
|---|---|---|---|
| James Zieminski<br>96 Beacon Ave<br>Holyoke, MA 01040 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| 1/25-1/31/2025 | Weekly pay |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No<br>☐ Yes |

---

**2.8**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,500.00 | $1,500.00 |
|---|---|---|---|
| Jennifer Johnson<br>8 Starzec Drive<br>Webster, MA 01570 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| 1/25-1/31/2025 | Weekly Gross Pay |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No<br>☐ Yes |

---

| Debtor | RSTZ Transport Inc | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**2.9** | Priority creditor's name and mailing address
Joseph Cogean Jr
2515 NE Heritage Creek Drive
Lawton, OK 73507

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$5,000.00 | $5,000.00

Date or dates debt was incurred
1/25-1/31

Basis for the claim:
Weekly pay

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.10** | Priority creditor's name and mailing address
Kenneth Gravell
6 George Street
Putnam, CT 06260

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,190.90 | $2,190.90

Date or dates debt was incurred
1/25-1/31/2025

Basis for the claim:
Weekly Gross Pay

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.11** | Priority creditor's name and mailing address
Matthew Buck
8777 West Maule Ave
Unit 2088
Las Vegas, NV 89148

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$5,000.00 | $5,000.00

Date or dates debt was incurred
1/25-1/31/2025

Basis for the claim:
Weekly pay

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.12** | Priority creditor's name and mailing address
Michael A Grendell
130A North Highpoint Blvd
Boynton Beach, FL 33435

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$5,000.00 | $5,000.00

Date or dates debt was incurred
1/25-1/31/2025

Basis for the claim:
weekly pay

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.13** | Priority creditor's name and mailing address
Michael Downey
1 Chenango Street
Oxford, NY 13830

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,965.00 | $2,965.00

Date or dates debt was incurred
1/25-1/31/2025

Basis for the claim:
Weekly pay

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

Debtor   RSTZ Transport Inc
_____   Case number *(if known)* _____
Name

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,900.00 | $1,900.00 |
|---|---|---|---|---|

Osvaldo Garcia
151 Eastern Ave
Apt 1
Worcester, MA 01605

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
1/25-1/31/2025

Basis for the claim:
Weekly Gross Pay

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,000.00 | $5,000.00 |
|---|---|---|---|---|

Patrick Sheehan
10 Clara Street
Worcester, MA 01606

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
1/25-1/31/2025

Basis for the claim:
Weekly pay

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,000.00 | $5,000.00 |
|---|---|---|---|---|

Peter Lemos
5055 S. Fort Apache Rd
unit 267
Las Vegas, NV 89148

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
1/25-1/31/2025

Basis for the claim:
Weekly pay

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,650.00 | $1,650.00 |
|---|---|---|---|---|

Richard Bethune
4110 Balsam Bark
Cumming, GA 30028

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
1/25-/1/31/2025

Basis for the claim:
Weekly pay

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,219.95 | $2,219.95 |
|---|---|---|---|---|

William R Robinson
5262 Trekell Street
North Port, FL 34287

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
1/25-1/31/2025

Basis for the claim:
Weekly Gross Pay

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | RSTZ Transport Inc | Case number (if known) | |
|---|---|---|---|
| | Name | | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

**3.1** | **Nonpriority creditor's name and mailing address**
Berkshire Mastercard
60 State Street
Boston, MA 02109

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit card purchases

Is the claim subject to offset? ☒ No  ☐ Yes

**$31,300.00**

---

**3.2** | **Nonpriority creditor's name and mailing address**
Capital One Mastercard
ATTN: Back Office Specialist
7933 Preston Road
Plano, TX 75024

**Date(s) debt was incurred** _

**Last 4 digits of account number**  0055

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit card purchases

Is the claim subject to offset? ☒ No  ☐ Yes

**$24,473.00**

---

**3.3** | **Nonpriority creditor's name and mailing address**
Chase Visa
PO Box 15299
Wilmington, DE 19850

**Date(s) debt was incurred** _

**Last 4 digits of account number**  4530

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit card purchases

Is the claim subject to offset? ☒ No  ☐ Yes

**$64,876.00**

---

**3.4** | **Nonpriority creditor's name and mailing address**
OnDeck
4700 W. Daybreak Pkwy
Ste 200
South Jordan, UT 84009

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Loan

Is the claim subject to offset? ☒ No  ☐ Yes

**$53,610.00**

## Part 3: List Others to Be Notified About Unsecured Claims

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Capital one
PO Box 30285
Salt Lake City, UT 84130 | Line  3.2

☐ Not listed. Explain ____ | _ |
| 4.2 | Chase ink Visa
PO Box 15123
Wilmington, DE 19850 | Line  3.3

☐ Not listed. Explain ____ | _ |
| 4.3 | Chase Visa
PO Box 15298
Wilmington, DE 19850 | Line  3.3

☐ Not listed. Explain ____ | _ |

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.** Add the amounts of priority and nonpriority unsecured claims.

| | **Total of claim amounts** |
|---|---|

Debtor    RSTZ Transport Inc        Case number (if known)
       Name

| | | |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $      57,034.60 |
| **5b. Total claims from Part 2** | 5b. + | $      174,259.00 |
| **5c. Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $      231,293.60 |

**Fill in this information to identify the case:**

Debtor name _____RSTZ Transport Inc_____

United States Bankruptcy Court for the: ___NORTHERN DISTRICT OF GEORGIA___

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                         12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
    ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*   *Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest  **Lease of Truck 801**<br><br>State the term remaining<br><br>List the contract number of any government contract | Joseph Cogean Jr<br>2515 NE Heritage Creek Drive<br>Lawton, OK 73507 |
| 2.2.  State what the contract or lease is for and the nature of the debtor's interest  **Lease Truck 796 @ $1000/wk**<br><br>State the term remaining<br><br>List the contract number of any government contract | Michael Grendell<br>130A North Highpoint Blvd<br>Boynton Beach, FL 33435 |
| 2.3.  State what the contract or lease is for and the nature of the debtor's interest  **24 Town Forest Road, Wester, MA**<br><br>State the term remaining  **expires 2028**<br><br>List the contract number of any government contract | Wikinger II LLC<br>1 Mercantile Street<br>Suite 510<br>Worcester, MA 01608 |

**Fill in this information to identify the case:**

Debtor name ___RSTZ Transport Inc___

United States Bankruptcy Court for the: ___NORTHERN DISTRICT OF GEORGIA___

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Richard Bethune | 4110 Balsam Bark Cumming, GA 30028 | Riviera Finance of Texas Inc | ☒ D ___2.25___ ☐ E/F _____ ☐ G _____ |
| 2.2 | Richard Bethune | 4110 Balsam Bark Cumming, GA 30028 | Trans Advantage | ☒ D ___2.28___ ☐ E/F _____ ☐ G _____ |
| 2.3 | Richard Bethune | 4110 Balsam Bark Cumming, GA 30028 | Mitsubishi HC Capital America Inc | ☒ D ___2.14___ ☐ E/F _____ ☐ G _____ |
| 2.4 | Richard Bethune | 4110 Balsam Bark Cumming, GA 30028 | Paccar Financial Corp | ☒ D ___2.21___ ☐ E/F _____ ☐ G _____ |
| 2.5 | Richard Bethune | 4110 Balsam Bark Cumming, GA 30028 | Trans Advantage | ☒ D ___2.29___ ☐ E/F _____ ☐ G _____ |
| 2.6 | Richard Bethune | 4110 Balsam Bark Cumming, GA 30028 | Daimler Truck Financial | ☒ D ___2.8___ ☐ E/F _____ ☐ G _____ |

| Debtor | RSTZ Transport Inc | Case number *(if known)* | |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.   Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.7 | Richard Bethune | 4110 Balsam Bark<br>Cumming, GA 30028 | Apex Commercial Capital | ☒ D ___2.3___<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | Richard Bethune | 4110 Balsam Bark<br>Cumming, GA 30028 | Huntington National Bank | ☒ D ___2.10___<br>☐ E/F _____<br>☐ G _____ |
| 2.9 | Richard Bethune | 4110 Balsam Bark<br>Cumming, GA 30028 | Pawnee Leasing | ☒ D ___2.22___<br>☐ E/F _____<br>☐ G _____ |
| 2.10 | Richard Bethune | 4110 Balsam Bark<br>Cumming, GA 30028 | Daimler Truck Finance | ☒ D ___2.5___<br>☐ E/F _____<br>☐ G _____ |
| 2.11 | Richard Bethune | 4110 Balsam Bark<br>Cumming, GA 30028 | Trans Advantage | ☒ D ___2.30___<br>☐ E/F _____<br>☐ G _____ |
| 2.12 | Richard Bethune | 4110 Balsam Bark<br>Cumming, GA 30028 | Univest Capital Inc | ☒ D ___2.33___<br>☐ E/F _____<br>☐ G _____ |
| 2.13 | Richard Bethune | 4110 Balsam Bark<br>Cumming, GA 30028 | Mitsubishi HC Capital | ☒ D ___2.12___<br>☐ E/F _____<br>☐ G _____ |
| 2.14 | Richard Bethune | 4110 Balsam Bark<br>Cumming, GA 30028 | Mitsubishi HC Capital | ☒ D ___2.13___<br>☐ E/F _____<br>☐ G _____ |
| 2.15 | Richard Bethune | 4110 Balsam Bark<br>Cumming, GA 30028 | PNC Bank | ☒ D ___2.23___<br>☐ E/F _____<br>☐ G _____ |
| 2.16 | Richard Bethune | 4110 Balsam Bark<br>Cumming, GA 30028 | Navitas Credit Corp | ☒ D ___2.17___<br>☐ E/F _____<br>☐ G _____ |

| Debtor | RSTZ Transport Inc | | Case number *(if known)* | |

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.   Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor** | | *Column 2:* **Creditor**

| | Codebtor | Address | Creditor | Check all schedules that apply: |
|---|---|---|---|---|
| 2.17 | Richard Bethune | 4110 Balsam Bark<br>Cumming, GA 30028 | Mitsubishi HC Capital America Inc | ☒ D __2.15__<br>☐ E/F _____<br>☐ G _____ |
| 2.18 | Richard Bethune | 4110 Balsam Bark<br>Cumming, GA 30028 | Trans Advantage | ☒ D __2.31__<br>☐ E/F _____<br>☐ G _____ |
| 2.19 | Richard Bethune | 4110 Balsam Bark<br>Cumming, GA 30028 | Apex Commercial Capital | ☒ D __2.4__<br>☐ E/F _____<br>☐ G _____ |
| 2.20 | Richard Bethune | 4110 Balsam Bark<br>Cumming, GA 30028 | Navitas Credit Corp | ☒ D __2.18__<br>☐ E/F _____<br>☐ G _____ |
| 2.21 | Richard Bethune | 4110 Balsam Bark<br>Cumming, GA 30028 | Navitas Credit Corp | ☒ D __2.19__<br>☐ E/F _____<br>☐ G _____ |
| 2.22 | Richard Bethune | 4110 Balsam Bark<br>Cumming, GA 30028 | Mitsubishi HC Capital America Inc | ☒ D __2.16__<br>☐ E/F _____<br>☐ G _____ |
| 2.23 | Richard Bethune | 4110 Balsam Bark<br>Cumming, GA 30028 | The Smarter Merchant | ☒ D __2.27__<br>☐ E/F _____<br>☐ G _____ |
| 2.24 | Richard Bethune | 4110 Balsam Bark<br>Cumming, GA 30028 | QFS Capital LLC | ☒ D __2.24__<br>☐ E/F _____<br>☐ G _____ |
| 2.25 | Richard Bethune | 4110 Balsam Bark<br>Cumming, GA 30028 | Daimler Truck Finance | ☒ D __2.6__<br>☐ E/F _____<br>☐ G _____ |
| 2.26 | Richard Bethune | 4110 Balsam Bark<br>Cumming, GA 30028 | Daimler Truck Finance | ☒ D __2.7__<br>☐ E/F _____<br>☐ G _____ |

Debtor    RSTZ Transport Inc _____          Case number *(if known)* _____

| | | Additional Page to List More Codebtors | |
|---|---|---|---|

Copy this page only if more space is needed.   Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.27 | Richard Bethune | 4110 Balsam Bark<br>Cumming, GA 30028 | US Small Business<br>Administration | ☒ D ___2.35___<br>☐ E/F _____<br>☐ G _____ |

| Fill in this information to identify the case: |
| --- |

Debtor name ___RSTZ Transport Inc___

United States Bankruptcy Court for the: ___NORTHERN DISTRICT OF GEORGIA___

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy
04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |
| From the beginning of the fiscal year to filing date:<br>From 01/01/2025 to Filing Date | ☒ Operating a business<br>☐ Other _____ | $298,606.83 |
| For prior year:<br>From 01/01/2024 to 12/31/2024 | ☒ Operating a business<br>☐ Other _____ | $5,957,500.00 |
| For year before that:<br>From 01/01/2023 to 12/31/2023 | ☒ Operating a business<br>☐ Other _____ | $7,897,163.00 |
| For the fiscal year:<br>From 01/01/2022 to 12/31/2022 | ☒ Operating a business<br>☐ Other _____ | $8,940,806.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☒ None.

| Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- |
| | |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    RSTZ Transport Inc                                    Case number *(if known)* _____

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. Chase Visa<br>PO Box 15299<br>Wilmington, DE 19850 | 10/2024-12/2024 | $25,500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other__Credit Card Payment__ |
| 3.2. Truist<br>PO Box 698<br>Wilson, NC 27894 | 10.2024-12.2024 | $31,584.56 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other__Credit Card Payment(Payment of Business expenses of Personal Credit Card)__ |
| 3.3. Navitas Credit Corp<br>201 Executive Center Drive<br>Suite 100<br>Columbia, SC 29210 | 10.2024-12.2024 | $16,427.79 | ☒ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. Mitsubishi HC Capital<br>1 Pierce Place<br>Suite 1100 West<br>Itasca, IL 60143 | 10.2024-12.2024 | $1,240.18 | ☒ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5. Capital One Mastercard<br>ATTN: Back Office Specialist<br>7933 Preston Road<br>Plano, TX 75024 | 10.2024-12.2024 | $29,500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other__credit card payment__ |
| 3.6. Berkshire Mastercard<br>60 State Street<br>Boston, MA 02109 | 11.2024-12.2024 | $23,100.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other__credit card payment__ |
| 3.7. Paccar Financial Corp<br>2180 Satellite Blvd<br>#200<br>Duluth, GA 30097 | 10.2024-1.2025 | $8,659.79 | ☒ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.8. Daimler Truck Finance<br>14372 Heritage Parkway<br>Suite 400<br>Fort Worth, TX 76177 | 1.2025 | $15,687.11 | ☒ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    RSTZ Transport Inc      Case number *(if known)* _____

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.9. | Amur Financial<br>10 Bank Street<br>Suite 810<br>White Plains, NY 10601 | 12.2024 | $5,122.47 | ☐ Secured debt<br>☒ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.10. | PNC Bank<br>655 Business Center Drive<br>suite 250<br>Hatboro, PA 19040 | 10.2024-12.2024 | $6,896.88 | ☒ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.11. | Apex Commercial Capital<br>1 Walnut Grove Drive<br>Suite 300<br>Horsham, PA 19044 | 10.2024-12.2024 | $5,189.43 | ☒ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.12. | Trio Capital<br>330 Fellowship Road<br>suit 100<br>Mount Laurel, NJ 08054 | 1.2025 | $674.00 | ☒ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.13. | The Smarter Merchant<br>460 Park Ave<br>New York, NY 10011 | 10.15.2024-1.20.2025 | $38,775.00 | ☒ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.14. | Forward Finance<br>53 State Street<br>20th Floor<br>Boston, MA 02109 | 10.15.2024-1.2025 | $23,595.00 | ☒ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.15. | QFS Capital LLC<br>7901   4th St N<br>Ste 13070<br>Saint Petersburg, FL 33702 | 10.15.2024-1.2025 | $79,781.76 | ☒ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.16. | On Deck Capital Inc<br>1400 Broadway, 25 Floor<br>New York, NY 10018 | 1.15.2024-1.2025 | $25,018.28 | ☒ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

| Debtor | RSTZ Transport Inc | Case number *(if known)* | |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | McGoff-Bethune Inc<br>4110 Balsam Bark Drive<br>Cumming, GA 30028<br>Debtor's owner is owner of this company | 12/20/2024 | $30,000.00 | Repayment of Loan |
| 4.2. | Richard Bethune<br>4110 Balsam Bark<br>Cumming, GA 30028<br>Owner | 2024 | $137,800.00 | Salary/Distribution |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | QFS Capital LLC vs RSTZ Transport Inc dba TSTZ Transport & Richard Walton Bethune<br>800690/2025 | Contract | Supreme Court of the State of New York<br>60 Centre Street<br>New York, NY 10007 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

**Part 4:    Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

| Debtor | RSTZ Transport Inc | | Case number *(if known)* | |

⊠ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

⊠ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | The Falcone Law Firm PC<br>363 Lawrence Street<br>Marietta, GA 30060 | | 12.2024 | $40,000.00 |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?**<br>McGoff Bethune Inc ($30,000.00) Loan repaid 12/2024 | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ⊠ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ☐ None.

Debtor    RSTZ Transport Inc _____   Case number *(if known)* _____

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | Jeremie Cormier Trucking LTD PO Box 1141 Cap-Pele, New Brunswick Canada E4N 3B1 | 2021 CIMC Refrigerator TrailerVIN 527SR5327ML019893FMV $45000.00 | 12/17/2024 | $45,000.00 |
| | **Relationship to debtor** None | | | |
| 13.2. | David K. Osabutey 312 Massasoit Road Worcester, MA 01604 | 2016 Western Star 5700VIN 5KJGBHD58GLGZ3735FMV $18500.00 | 12.12.2024 | $18,500.00 |
| | **Relationship to debtor** None | | | |
| 13.3. | Amritpal Singh Gill 2509 West 177th Street Stilwell, KS 66085 | 2015 Peterbuilt 386 GliderVIN 1NPXGGGG40D361271FMV $46446 | 12.20.2024 | $46,446.13 |
| | **Relationship to debtor** None | | | |
| 13.4. | Thomas Milstead 8965 Northridge Drive Conroe, TX 77303 | 2002 Kenworth W900 VIN 1XKWD69X82J883655 | 1.2.2025 | $7,000.00 |
| | **Relationship to debtor** None | | | |
| 13.5. | Jeremie Cormier Trucking LTD PO Box 1141 Cap-Pele, New Brunswick Canada E4N 3B1 | 2019 CIMC R8000B Vanguard Regenerator TrailerVIN 527SR532KL015595 | 12/2024 | $30,000.00 |
| | **Relationship to debtor** None | | | |
| 13.6. | Jeremie Cormier Trucking LTD PO Box 1141 Cap-Pele, New Brunswick Canada E4N 3B1 | 2019 CIMC R800B Vanguard Refrigerator TrailerVIN 527SR5327KL015596 | 12/2024 | $30,000.00 |
| | **Relationship to debtor** None | | | |
| 13.7. | Jeremie Cormier Trucking LTD PO Box 1141 Cap-Pele, New Brunswick Canada E4N 3B1 | 2019 CIMC R800B Vanguard Refrigerator TrailerVIN 527SR5326KL015590 | 12/2024 | $30,000.00 |
| | **Relationship to debtor** None | | | |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    RSTZ Transport Inc _____    Case number *(if known)* _____

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.8<br>. | Jeremie Cormier Trucking LTD<br>PO Box 1141<br>Cap-Pele, New Brunswick<br>Canada E4N 3B1 | 2019 CIMC R800B Vanguard Refrigerator<br>TrailerVIN 527SR5329KL015597 | 12/2024 | $30,000.00 |
| | **Relationship to debtor**<br>None | | | |
| 13.9<br>. | Jeremie Cormier Trucking LTD<br>PO Box 1141<br>Cap-Pele, New Brunswick<br>Canada E4N 3B1 | 2019 CIMC R800B Vanguard Refrigerator<br>TrailerVIN 527SR5321KL015593 | 12/2024 | $30,000.00 |
| | **Relationship to debtor**<br>None | | | |
| 13.1<br>0. | Jeremie Cormier Trucking LTD<br>PO Box 1141<br>Cap-Pele, New Brunswick<br>Canada E4N 3B1 | 2019 CIMC R800B Vanguard Refrigerator<br>TrailerVIN 527SR5323KL017104 | 12/2024 | $30,000.00 |
| | **Relationship to debtor**<br>None | | | |
| 13.1<br>1. | Jeremie Cormier Trucking LTD<br>PO Box 1141<br>Cap-Pele, New Brunswick<br>Canada E4N 3B1 | 2019 CIMC R800B Vanguard Spread Axle<br>Refrigerator TrailerVIN<br>527SR5329LL017447 | 12/2024 | $35,000.00 |
| | **Relationship to debtor**<br>None | | | |

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If debtor provides<br>meals and housing,<br>number of patients in<br>debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

Debtor    RSTZ Transport Inc                                         Case number *(if known)*

16. **Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

Debtor    RSTZ Transport Inc _____    Case number *(if known)* _____

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☒ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|
| | | |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    Jaffe, Yaffe, & Feingold PC Accountants 76 Mill Street Worcester, MA 01603 | since 2017 |
| 26a.2.    Manzella Bookkeeping 216 W Main Street Millbury, MA 01527 | Since 1.2024 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Debtor | RSTZ Transport Inc | Case number *(if known)* | |
|---|---|---|---|

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. Jaffe, Yaffe, & Feingold PC<br>Accountants<br>76 Mill Street<br>Worcester, MA 01603 | |
| 26c.2. Manzella Bookkeeping<br>216 W Main Street<br>Millbury, MA 01527 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

| Name and address |
|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Richard Bethune | 4110 Balsam Bark<br>Cumming, GA 30028 | CEO | 100 |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☒ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. McGoff-Bethune Inc<br>4110 Balsam Bark Drive<br>Cumming, GA 30028 | $30,000.00 | 12/2024 | Repayment of short-term loan |
| **Relationship to debtor**<br>Debtor's owner is Owner of McGoff-Bethune inc | | | |

Debtor    RSTZ Transport Inc                                              Case number *(if known)*

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.2. | Richard Bethune 4110 Balsam Bark Cumming, GA 30028 | $137,800.00 | 2024 | Compensation |
| | **Relationship to debtor** Owner | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

## Part 14:  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      January 31, 2025

/s/   Richard Bethune                                    Richard Bethune
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor      CEO

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes

# United States Bankruptcy Court
## Northern District of Georgia

In re    RSTZ Transport Inc                          Case No. _____

                                    Debtor(s)             Chapter    11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Richard Bethune<br>4110 Balsam Bark<br>Cumming, GA 30028 | | 100% | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    January 31, 2025                  Signature    /s/  Richard Bethune _____

                                                        Richard Bethune

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Northern District of Georgia

In re   RSTZ Transport Inc
_____
                          Debtor(s)

Case No. _____
Chapter    11

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ............................................................. $  40,000.00 (includes filing fee)

Prior to the filing of this statement I have received ................................................. $  40,000.00 (includes filing fee)

Balance Due ............................................................................................................. $                         0.00

2.   The source of the compensation paid to me was:

☒ Debtor        ☒ Other (specify):        McGoff/Bethune Inc ($30,000.00)

3.   The source of compensation to be paid to me is:

☒ Debtor        ☐ Other (specify):

4.   ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.   All fees will be billed to the Client or Bankruptcy Estate at the rate of $450.00 per hour in increments of 1/10 of an hour, or any such other amount as determined by the Court. Associate attorneys will be billed at $350.00 per hour, paralegals at $200 per hour and administrative assistants at $100 per hour. All rates are billed in increments of 1/10 of an hour with a minimum of 2/10 per hour for any task.
     All fees are subject to court approval and any fees incurrd after filing of client's peition will not be dispersed until such agreement is approved by the court in no case will client be billed directly nor will additional fees be collected from client unless expressly authorized by the court. Attorney may send bills to client from time to time to keep client informed of time incurred. Attorney shall not seek any additional compensation directly from client unless expressly authorized by the Court.

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

December 20, 2024
_____
*Date*

/s/ Ian Falcone
_____
Ian Falcone 254470
*Signature of Attorney*
The Falcone Law Firm, PC
363 Lawrence St NE
Marietta, GA 30060-2056
(770) 426-9359   Fax:
imf@falconefirm.com
_____
*Name of law firm*

---

# United States Bankruptcy Court
## Northern District of Georgia

In re    RSTZ Transport Inc                           Case No.

                                       Debtor(s)             Chapter     11

# VERIFICATION OF CREDITOR MATRIX

I, the CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:     January 31, 2025                    /s/ Richard Bethune

                                               Richard Bethune/CEO
                                               Signer/Title

Amur Financial
10 Bank Street
Suite 810
White Plains, NY 10601


Apex Commercial Capital
1 Walnut Grove Drive
Suite 300
Horsham, PA 19044


Ariel Bouskila, Esq
Berkovitch & Bouskila PLLC
1545 US 202, Ste 101
Pomona, NY 10970


Berkshire Mastercard
60 State Street
Boston, MA 02109


Bruce D. Legere
101 Lakeside Ave
Webster, MA 01570


Bruce J Dubois, Jr
30 Winton Street
Cranston, RI 02910


Capital one
PO Box 30285
Salt Lake City, UT 84130


Capital One Mastercard
ATTN: Back Office Specialist
7933 Preston Road
Plano, TX 75024


Chase ink Visa
PO Box 15123
Wilmington, DE 19850


Chase Visa
PO Box 15299
Wilmington, DE 19850


Chase Visa
PO Box 15298
Wilmington, DE 19850


Corporation Service Co
PO Box 2576
Springfield, IL 62708


Corporation Service Company
PO Box 2576
Springfield, IL 62708

Daimler Truck Finance
14372 Heritage Parkway
Suite 400
Fort Worth, TX 76177


Daimler Truck Financial
PO Box 901
Roanoke, TX 76262


Daimler Truck Financial
PO Box 4161
Carol Stream, IL 60197


David Bucklin
650 Pecan Park Rd
Jacksonville, FL 32218


David Ford
168 Liberty Hwy
Putnam, CT 06260


DMKA LLC
345 Seventh Ave
New York, NY 10001


Elan Financial Services
PO Box 6353
58125


ENGS Commercial Finance
3000 Galleria Circle
Ste 800
Birmingham, AL 35244


ENGS Commercial Finance
PO Box 128
Itasca, IL 60143


Forklift Select LLC
12875 East 42nd Ave
Ste 50
Denver, CO 80239


Forward Finance
53 State Street
20th Floor
Boston, MA 02109


Geoffrey Staley
2100 Nineth Street SW
Altoona, IA 50009


Huntington National Bank
PO Box 182519
Columbus, OH 43218

James LaChance
3 Prenier Rd
Charlton, MA 01507


James Zieminski
96 Beacon Ave
Holyoke, MA 01040


Jennifer Johnson
8 Starzec Drive
Webster, MA 01570


John Fiorillo
Unruh Turner Burk Frees
PO Box 515
West Chester, PA 19381


Joseph Cogean Jr
2515 NE Heritage Creek Drive
Lawton, OK 73507


Kenneth Gravell
6 George Street
Putnam, CT 06260


Leaf Capital Funding LLC
2005 Market Street
14th Floor
Philadelphia, PA 19103


Matthew Buck
8777 West Maule Ave
Unit 2088
Las Vegas, NV 89148


Mercedes-Benz Financial Svs
14372 Heritage Pkwy
Fort Worth, TX 76177


Michael A Grendell
130A North Highpoint Blvd
Boynton Beach, FL 33435


Michael Downey
1 Chenango Street
Oxford, NY 13830


Michael Grendell
130A North Highpoint Blvd
Boynton Beach, FL 33435


Mitsubishi HC Capital
1 Pierce Place
Suite 1100 West
Itasca, IL 60143

Mitsubishi HC Capital America Inc
PO Box 71347
Chicago, IL 60694


Navitas Credit Corp
201 Executive Center Drive
Suite 100
Columbia, SC 29210


Ocean State oil Inc
123 Ocean State Drive
North Kingstown, RI 02852


OnDeck
4700 W. Daybreak Pkwy
Ste 200
South Jordan, UT 84009


Osvaldo Garcia
151 Eastern Ave
Apt 1
Worcester, MA 01605


Paccar Financial Corp
2180 Satellite Blvd
200
Duluth, GA 30097


Patrick Sheehan
10 Clara Street
Worcester, MA 01606


Pawnee Leasing
3801 Automation Way
Suite 207
Longmont, CO 80501


Peter Lemos
5055 S. Fort Apache Rd
unit 267
Las Vegas, NV 89148


PNC Bank
655 Business Center Drive
suite 250
Hatboro, PA 19040


QFS Capital LLC
7901  4th St N
Ste 13070
Saint Petersburg, FL 33702


Richard Bethune
4110 Balsam Bark
Cumming, GA 30028

```
Riviera Finance of Texas Inc
3635 Quakerbridge Road
Trenton, NJ 08619


The Smarter Merchant
460 Park Ave
New York, NY 10011


The Smarter Merchant
1115 Broadway
11th Floor
New York, NY 10010


Trans Advantage
One Premier Drive
Fenton, MO 63026


Trans Advantage
1 Premier Drive
Fenton, MO 63026


Trio Capital
330 Fellowship Road
suit 100
Mount Laurel, NJ 08054


Univest Capital Inc
1041 York Road
Warminster, PA 18974


US Small Business Administration
2 North Street
Suite 320
Birmingham, AL 35203


VState Filings, as representative
301 Mill Road U5
Hewlett, NY 11557


Wikinger II LLC
1 Mercantile Street
Suite 510
Worcester, MA 01608


William R Robinson
5262 Trekell Street
North Port, FL 34287
```

# United States Bankruptcy Court
## Northern District of Georgia

In re    RSTZ Transport Inc

Debtor(s)

Case No.
Chapter    11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   RSTZ Transport Inc   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

January 31, 2025

Date

/s/ Ian Falcone

Ian Falcone 254470
Signature of Attorney or Litigant
Counsel for   RSTZ Transport Inc
The Falcone Law Firm, PC
363 Lawrence St NE
Marietta, GA 30060-2056
(770) 426-9359  Fax:
imf@falconefirm.com