# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 25 – 20123 |
| | : | |
| RSTZ TRANSPORT INC., | : | CHAPTER 11 |
| | : | |
| | : | |
| DEBTOR. | : | |

## NOTICE OF APPEARANCE

TO THE CLERK OF COURT:

Pursuant to Bankruptcy Rule 9010(b), the undersigned hereby enters his appearance as counsel for Mary Ida Townson, United States Trustee, Region 21, in the above-captioned case.

                                              Respectfully submitted,

                                              MARY IDA TOWNSON
                                              UNITED STATES TRUSTEE
                                              REGION 21

                                              */s   David S. Weidenbaum*
                                              DAVID S. WEIDENBAUM
                                              Georgia Bar No. 745892
                                              Trial Attorney

Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303
(404) 331 – 4705 [office]
(202) 329 – 2428 [cell]
david.s.weidenbaum@usdoj.gov