

**IT IS ORDERED as set forth below:**

**Date: January 31, 2025**

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | CHAPTER 11 |
| RSTZ TRANSPORT INC | : | CASE NO. 25-20123 |
| Debtor. | : | |

**ORDER GRANTING DEBTOR'S EXPEDITED HEARING AND
ORDER AND NOTICE SCHEDULING EXPEDITED HEARING ON FIRST DAY MOTIONS**

Upon consideration of the Motion of the Debtor for Expedited Hearing [Doc. 6] (the "**Motion for Hearing**") on the following motions: (i) Emergency Motion for Entry of an (a) Order Authorizing Debtor to Pay All Prepetition Payroll Obligations, and (b) Directing Banks to Honor Related Transfers [Doc. 3] (the "**Wage Motion**"); (ii) Emergency Motion for Order Authorizing the sale of receivables via the factoring agreement with Riviera Financial [Doc. 5] (the "**Factoring Agreement Motion**"); (iii) Emergency Motion for Authority to Use Cash Collateral [Doc. 4] (the "**Cash Collateral Motion**"); and together with the Wage Motion, the Factoring Agreement Motion, and the Cash Collateral Motion, the "**First Day Motions**"); and it appearing that good cause exists to grant the requested relief,

**IT IS HEREBY ORDERED AND NOTICE IS HEREBY GIVEN:**

1. The Motion for Hearing is GRANTED.

2. The Court shall hold a hearing on the First Day Motions at **2:00 p.m. on February 4, 2025, in Courtroom 103, U.S. Courthouse,** 121 Spring Street, S.W., Gainesville, Georgia 30501, which may be attended in person or via the Court's Virtual Hearing Room. You may join the Virtual Hearing Room through the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the homepage of the Court's website, www.ganb.uscourt.gov, or the link on the judge's webpage, which can also be found on the Court's website. Please also review the "Hearing Information" tab on the judge's webpage for further information about the hearing. You should be prepared at the hearing via video, but you may leave your camera in the off position until the Court instructs otherwise. Unrepresented persons who do not have video capability may use the telephone dial-in information on the judge's webpage.

3. Counsel for the Debtor shall serve this Order and Notice via email, first class mail, facsimile, hand delivery, or overnight mail upon the interested parties and the United States Trustee. Debtor's counsel shall file a certificate of service before the hearing date.

### END OF ORDER ###

**Presented by:**

/s/IAN M. FALCONE
Ian M. Falcone
Georgia Bar No. 254470
Attorney for Debtor
THE FALCONE LAW FIRM, P.C.
363 Lawrence Street
Marietta, GA 30060
(770) 426-9359
imf@falconefirm.com

Distribution List

Ian M. Falcone
363 Lawrence Street
Marietta, GA 30030