**IT IS ORDERED as set forth below:**



**Date: February 6, 2025**

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | : | |
| | : | CHAPTER 11 |
| RSTZ TRANSPORT INC | : | CASE NO. 25-20123 |
| Debtor. | : | |

ORDER APPROVING APPLICATION OF EMPLOYMENT OF ATTORNEY
SUBJECT TO OBJECTION

On January 31, 2025, RSTZ Transport Inc ("Debtor") filed an application to employ IAN M. FALCONE of THE FALCONE LAW FIRM PC. ("Applicant") as Debtor's attorney in this case (the "Application"). No hearing is necessary on the Application absent the filing of an objection to it. Pursuant to a certificate of service filed with or attached to the Application, the Application has been served on the US Trustee as required by Federal Rules of Bankruptcy Procedure 2014, an on all parties to this action. No further service of the Application is necessary.

The Application and accompanying affidavit of Ian M. Falcone demonstrates preliminarily that the Applicant, and its attorneys, are qualified to practice in this Court, and are disinterested. Accordingly, it is hereby

ORDERED that pursuant to 11 USC §327 and Federal Rule of Bankruptcy Procedure 2014, the Application is **GRANTED**, and Debtor is authorized to employ the Applicant as its attorney during the Debtor's Chapter 11 case, subject to object as provided herein; and it is further

ORDERED that compensation may be paid and expenses reimburse to the Applicant only pursuant to an application filed and approved by this Court pursuant to 11 USC §330, 331 and Federal Rule of Bankruptcy Procedure 2016, unless the Court orders otherwise; and it is further

ORDERED that any party interest shall have twenty-one (21) days from the service of this Order to file an objection to the Application and /or relief provided in this Order; and it is further

ORDERED that if an objection is timely filed counsel for the Debtor will set the Application and all such objections for hearing pursuant to the Court's Open Calendar Procedures; and it is further

ORDERED that is no objection to this order is timely filed, this Order shall be a final Order approving the Application; and it is further

ORDERED that Applicant shall, within three (3) days of the entry of this Order, cause a copy of this Order to be served by first class mail, postage prepaid, on all parties served with the Application, and shall file promptly thereafter a certificate of service confirming such service.

END OF DOCUMENT

Presented By,

/s/ Ian M. Falcone
Ian M. Falcone
GA BAR NO. 254470
THE FALCONE LAW FIRM, P.C.
363 Lawrence Street
Marietta, GA  30060
(770) 426-9359
imf@falconefirm.com

DISTRIBUTION LIST

Ian M. Falcone
THE FALCONE LAW FIRM, P.C.
363 Lawrence Street
Marietta, GA  30060

David Weidenbaum
Office of the US Trustee
362 Richard Russell Bldg
75 Ted Turner Drive
Atlanta, GA 30303