

**IT IS ORDERED as set forth below:**

**Date: February 7, 2025**

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| IN RE: | : |
|  | : CHAPTER 11 |
| RSTZ TRANSPORT INC | : CASE NO. 25-20123 |
| Debtor. | : |

ORDER AND NOTICE ESTABILISH DEADLLINES
FOR FILING PROOFS OF CLAIM

On February 7, 2025, RSTZ TRANSPORT INC ("Debtor"), debtor and debtor in possession in the above-caption chapter 11 case, filed *Debtor's Motion to Set Bar Dates for Filing Proofs of Claim* ("Motion")(Doc 23), seeking an order fixing the times within which proofs of claim or interest must be filed with the Court. It appearing that the Debtor has filed a list of creditors and equity security holders pursuant to Federal Rule of Bankruptcy Procedure 1007, and that the relief requested is proper, pursuant to Federal Rule of Bankruptcy Procedure 3003(c), it is hereby

ORDERED that the Motion is **GRANTED**. Accordingly, it is hereby

FURTHER ORDERED THAT NOTICE IS HEREBY GIVEN as follow:

Please take notice that

The last date established for filing proofs of claim or interest in this bankruptcy case for any person or entity is **April 14, 2025**.

The last date established for filing proofs of claim or interest in this bankruptcy case for any governmental unit is **July 31, 2025**.

The last date established for filing proofs of claim or interest in this bankruptcy case for any rejection damages claim is the later of **April 14, 2025, or thirty (30) days after (a) entry of an order approving the rejection of the executory contract or unexpired lease, or (b) the effective date of the rejection.**

If you have previously filed a proof of claim in this bankruptcy case, you are not required to file an additional proof of claim. It is hereby

FURTHER ORDERED AND NOTICE IS FURHTER GIVEN that any person or entity with a claim against the Debtor that arose before the date this bankruptcy case was filed (whether the claim is secured, priority unsecured, or general unsecured) must file a proof of claim in debtor's bankruptcy case, along with documentation supporting that claim, with the clerk of bankruptcy court and serve a copy on the debtor's counsel on or before **April 14, 2025 (the "General Bar Date")** except that the following persons or entities are not require to file a proof of claim:

A. The person or entity holding a claim has already filed a proof of claim, or
B. The claim has been listed in the Debtor's schedules and Debtor has not listed the claim as "contingent", "unliquidated", or "disputed", and the person or entity holding the claim agrees with the amount and classification of the claim as scheduled by the Debtor.

IT IS FURTHER ORDERED AND NOTICE IS FURTHER GIVEN that any Governmental Unit (as defined in 11 USC §101(27)) holding any claim against the Debtor that arose before the date this bankruptcy case was filed (whether the claim is secured, priority unsecured, or general unsecured) must file a proof of claim in Debtor's bankruptcy case, along with documentation supporting that claim, with the Clerk of Bankruptcy Court and serve a copy on the Debtor's counsel on or before **July 31, 2025 (the "Governmental Bar Date")**.

IT IS FURTHER ORDERED AND NOTICE IS FURTHER GIVEN that any person or entity holding a claim resulting from the Debtor's rejection of an executory contract or unexpired

lease must file a proof of claim in Debtor's bankruptcy case, along with documentation supporting the claim, with the Clerk of Bankruptcy Court and serve a copy on the Debtor's counsel on or before **April 14, 2025 or thirty (30) days after (a) entry of an order of the Court approving the rejection said executory contract or unexpired lease, or (b) the effective date of the rejection of said executory contract or unexpired lease pursuant to applicable bankruptcy law or notice provide by the Debtor.**

IT IS HEREBY FURTHER ORDERED AND NOTICE FURTHER GIVEN that any person or entity with a claim against the Debtor that arose before this bankruptcy case was filed or with a rejection damages claim against the Debtor who fails to timely file and serve a proof of claim may be forever barred from participating in the Debtor's Chapter 11 case with respect to voting on any plan of reorganization and with respect to any distribution, or in any other regard and such claim may be deemed to have been waived.

IT IS FURTHER ORDERED AND NOTICE IS FURTHER GIVEN that nothing herein shall prejudice the Debtor's right to object to any proof of claim, whether filed or scheduled, on any grounds, or to dispute or assert offsets or defenses to any claims reflected on the Schedules, as to amount, liability, classification, or otherwise or subsequently designate any claim as disputed, contingent, unliquidated, or undetermined.

IT NOTICE FURTHER GIVEN that any person who desires to review the Debtor's bankruptcy Schedule to determined how a claim or equity security interest is listed may do so at the office of the Clerk of Bankruptcy Court between the hours of 8:00 a.m. and 4:00 p.m. or online at hhtp://ecf.ganb.uscourts.gov (registered users) or hhtp://pacer.psc.uscourts.gov (unregister users). Any person or entity who intends to rely on the Schedules is responsible for review of the Schedules to determine whether their claim or interest (i) is listed as contingent, unliquidated, or disputed, or (ii) is listed in the correct amount, or (iii) is properly classified, or (iv0 is otherwise properly scheduled. If any person or entity asserts that their claim is not properly scheduled in any way, the person or entity must file a proof of claim or interest on or before the Bar Date that applies to the claim in order to be certain that the claim receives the treatment the person asserts is correct.

NOTICE IS FURTHER GIVEN that the address for the Clerk of Bankruptcy Court is:

Clerk, US Bankruptcy Court
121 Spring Street SE, Room 120
Gainesville, GA 30501

NOTICE IS FURTHER GIVEN that the address for Debtor's Counsel is:

The Falcone Law Firm PC
363 Lawrence Street
Marietta, GA 30060

IT IS FURTHER ORDERED that Debtor's counsel shall serve a copy of this Order and Notice within three (3) business days of the date of entry thereof, on all creditors, equity security holders, and parties in interest listed on the Mailing Matrix in this case.

IT IS FURTHER ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, enforcement, and/or interpretation of this Order and Notice.

END OF ORDER

Prepared by:

/s/IAN M. FALCONE
Ian M. Falcone
Georgia Bar No. 254470
Attorney for Debtor
THE FALCONE LAW FIRM, P.C.
363 Lawrence Street
Marietta, GA 30060
(770) 426-9359
imf@falconefirm.com