IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

IN RE :

CHAPTER 11

RSTZ TRANSPORT INC

CASE NO. 25-20123-jrs

Debtor.
_____/

**NOTICE OF APPEARANCE AND REQUEST FOR
SERVICE OF NOTICES AND PLEADINGS**

The undersigned hereby enters his appearance on behalf of MITSUBISHI HC CAPITAL AMERICA, INC., a creditor and interested party, pursuant to section 1109(b) of the Bankruptcy Code and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and pursuant to Bankruptcy Rules 2002, 3017 and 9007, requests that all notices, pleadings, motions, schedules and papers filed in this matter be sent to:

Stephen P. Drobny, Esq.
Jones Walker LLP
3455 Peachtree Road NE
Suite 1400
Atlanta, GA 30326
Tel. (404) 870-7500
sdrobny@joneswalker.com

Please take further notice that the foregoing request includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, order, petitions, plan of reorganization or disclosure statement, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex or telefax or otherwise, filed with regard to the above-referenced bankruptcy proceeding.

#103506239v1

Dated: February 10, 2025                            Respectfully Submitted,

                                                    JONES WALKER LLP
                                                  *Attorney for Creditor*
                                                  MITSUBISHI HC CAPITAL AMERICA, INC.
                                                  3455 Peachtree Road NE
                                                  Suite 1400
                                                  Atlanta, GA 30326
                                                  Tel. (404) 870-7500

                                                  By: /s/ Stephen P. Drobny
                                                      STEPHEN P. DROBNY
                                                      Georgia Bar No. 430447

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via ECF on all parties receiving notice in this case and/or first class U.S. Mail on this 10th day of February, 2025.

                                                        */s/ Stephen P. Drobny*
                                                      Stephen P. Drobny

**RSTZ Transport Inc**
4110 Balsam Bark Drive
Cumming, GA 30028

**Ian M. Falcone**
The Falcone Law Firm, P.C.
363 Lawrence Street
Marietta, GA 30060

*U.S. Trustee*
**Office of the United States Trustee**
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

**David S. Weidenbaum**
Office of the U.S. Trustee
362 Richard B. Russell Bldg.
75 Ted Turner Drive, SW
Atlanta, GA 30303

#103506239v1