IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | : | |
| RSTZ TRANSPORT INC | : | CHAPTER 11 |
| Debtor. | : | CASE NO. 25-20123-jrs |

## AMENDMENT to SCHEDULES

COMES NOW the Debtor in the above-styled Chapter 11 Case, and files these "Amendments to Schedules" and shows as follows:

1. By amending Schedule D to add the following secured creditors:

Creditor:                    Banc of America Leasing & Capital
                             M19-030-02-05
                             3030 Cross Creek Parkway
                             Auburn Hills, MI 48326

With additional notice to:   Banc of America Leasing & Capital
                             555 California Steet, Floor 4
                             San Francisco, CA 94101

Creditor:                    Flagstar Financial & Leasing
                             100 Duffy Ave, Ste 402
                             Hicksville, NY 11801

2. Debtor hereby amends Summary of Assets & Liabilities, List of 20 Largest Unsecured Creditors, and the Creditor Matrix by submitting the attached schedules to reflect the changes.

**WHEREFORE,** Debtor prays:

(a) The above amendment to the schedules be approved;

(b) Such other and further relief as is just and proper.

Dated: 2/20/25

Respectfully submitted,

By: /s/ 
Ian M. Falcone
GA Bar No. 254470
Attorney for Debtor

The Falcone Law Firm, PC
363 Lawrence St.
Marietta, GA 30060
(770 426-9359
imf@falconefirm.com

## UNSWORN DECLARATION UNDER PENALTY OF PERJURY

The undersigned Debtor states under penalty of perjury that the facts contained in the foregoing AMENDMENT are true and correct to the best of his information and belief.

/s/ 
Richard Bethune, President
RSTZ Transport



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

IN RE:                                :
RSTZ TRANSPORT INC                    :    CHAPTER 11
            Debtor.                   :    CASE NO. 25-20123-jrs

CERTIFICATE OF SERVICE

This is to certify that I have this day electronically filed the foregoing "Amendment", using the Bankruptcy Court's Electronic Case Filing program, which sends a notice and an accompanying link to this document to the parties who are registered to receive service via the CM/ECF system. Also, I have caused to be mailed by First Class Mail with the United States Postal Service the "Amendment" to the parties listed below:

| Flagstar Financial & Leasing<br>100 Duffy Ave, Ste 402<br>Hicksville, NY 11801 | Banc of America Leasing & Capital<br>M19-030-02-05<br>3030 Cross Creek Parkway<br>Auburn Hills, MI 48326<br><br>Banc of America Leasing & Capital<br>555 California Steet, Floor 4<br>San Francisco, CA 94101 |
|---|---|

This 20 day of February 2025

/s/ Ian M. Falcone
Ian M. Falcone
Attorney for the Debtor
Georgia Bar No. 254470

THE FALCONE LAW FIRM, P.C.
363 Lawrence Street
Marietta, Georgia 30060
(770) 426-9359
imf@falconefirm.com



Fill in this information to identify the case:

Debtor name: RSTZ Transport Inc
United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA
Case number (if known): 2:25-bk-20123

☒ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| Banc of America Leasing & Capital M19-030-02-05 3030 Cross Creek Pkwy Auburn Hills, MI 48326 | | Trailer 53662023 Vanguard CIMC Reefer Trailer Spread AxleGood Condition | | $100,620.00 | $75,000.00 | $25,620.00 |
| Berkshire Mastercard 60 State Street Boston, MA 02109 | | Credit card purchases | | | | $31,300.00 |
| Chase Visa PO Box 15299 Wilmington, DE 19850 | | Credit card purchases | | | | $64,876.00 |
| Daimler Truck Finance 14372 Heritage Parkway Suite 400 Fort Worth, TX 76177 | | Truck 8132022 Western Stat 5700XEMileage 255000Good Condition | | $301,039.00 | $225,000.00 | $76,039.00 |
| Flagstar Financial & Leasing LLC 100 Duffy Ave, Suite 402 Hicksville, NY 11801 | | Truck 7882020 Peterbuilt 389Mileage 650000Good Condition | | $93,294.00 | $90,000.00 | $3,294.00 |
| Forward Finance 53 State Street 20th Floor Boston, MA 02109 | | Future Receipts | | $41,825.00 | $0.00 | $41,825.00 |
| Huntington National Bank PO Box 182519 Columbus, OH 43218 | | Truck 8112023 Peterbuilt 579Mileage 350000Good Condition | | $162,520.00 | $90,000.00 | $72,520.00 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1

Software Copyright (c) 1996-2025 Best Case LLC - www.bestcase.com    Best Case Bankruptcy

Debtor **RSTZ Transport Inc**
Name

Case number *(if known)* **2:25-bk-20123**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| Mitsubishi HC Capital America Inc<br>PO Box 71347<br>Chicago, IL 60694 | | Trailer 5356 ($65,000)2023 Vanguard CIMC Reefer TrailerGood ConditionTrailer 5357 ($65,000)2023 Vanguard CIMC Reefer TrailerGood ConditionTrailer 5358 ($65,000)2023 Vanguard CIMC Reefer trailerGood Condition | | $221,250.00 | $195,000.00 | $26,250.00 |
| Navitas Credit Corp<br>201 Executive Center Drive<br>Suite 100<br>Columbia, SC 29210 | | Trailer 5362 ($75,000)2023 Vanguard CIMC Reefer Trailer Spread AxleGood ConditionTrailer 5363 ($75,000)2023 Vanguard CIMC Reefer Tailer Spread AxleGood Condition | | $159,094.17 | $150,000.00 | $9,094.17 |
| Navitas Credit Corp<br>201 Executive Center Drive<br>Suite 100<br>Columbia, SC 29210 | | Trailer 5364 ($15,000)2014 Wabosh Dry Van TrailerStandardGood ConditionTrailer 5365 ($15,000)2014 Wabash Dry Van trailerStandardGood Condition | | $34,066.75 | $30,000.00 | $4,066.75 |
| OnDeck<br>4700 W. Daybreak Pkwy<br>Ste 200<br>South Jordan, UT 84009 | | Loan | | | | $53,610.00 |
| Paccar Financial Corp<br>2180 Satellite Blvd #200<br>Duluth, GA 30097 | | Truck 7952020 Peterbuilt 579Mileage 420000Good Condition | | $45,160.00 | $40,000.00 | $5,160.00 |
| Pawnee Leasing<br>3801 Automation Way<br>Suite 207<br>Longmont, CO 80501 | | Truck 8122023 KenworthMileage 311000Good Condition | | $196,982.00 | $130,000.00 | $66,982.00 |



Debtor  RSTZ Transport Inc    Case number (if known)  2:25-bk-20123

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| QFS Capital LLC 7901 4th St N Ste 13070 Saint Petersburg, FL 33702 | | accounts Receivables | | $268,786.00 | $0.00 | $268,786.00 |
| The Smarter Merchant 460 Park Ave New York, NY 10011 | | Accounts Receivables, proceeds, cash, equipment, inventory, future receivables | | $27,325.00 | $0.00 | $27,325.00 |
| Trans Advantage One Premier Drive Fenton, MO 63026 | | Truck 7902020 Peterbuilt 579Mileage 458000Good Condition | | $45,291.00 | $35,000.00 | $10,291.00 |
| Trans Advantage One Premier Drive Fenton, MO 63026 | | Truck 7852019 Peterbuild 579mileage 578000.Good Condition | | $36,729.00 | $30,000.00 | $6,729.00 |
| Univest Capital Inc 1041 York Road Warminster, PA 18974 | | Truck 8142023 Peterbuilt 579Mileage 205000Good condition | | $164,315.45 | $100,000.00 | $64,315.45 |
| Univest Capital Inc 1041 York Road Warminster, PA 18974 | | Truck 8112023 Peterbuilt 579Mileage 350000Good Condition | | $162,491.00 | $90,000.00 | $162,491.00 |
| US Small Business Administration 2 North Street Suite 320 Birmingham, AL 35203 | | Berkshire Bank Berkshire Bank Berkshire Bank All receivables are factored through Riviera Finance | | $710,697.37 | $579,462.48 | $710,697.37 |

Fill in this information to identify the case:

Debtor name: RSTZ Transport Inc

United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA

Case number (if known): 2:25-bk-20123

☒ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals       12/15

### Part 1: Summary of Assets

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. Real property:
    Copy line 88 from Schedule A/B............................................................................................... $ 0.00

    1b. Total personal property:
    Copy line 91A from Schedule A/B............................................................................................ $ 3,464,462.48

    1c. Total of all property:
    Copy line 92 from Schedule A/B............................................................................................ $ 3,464,462.48

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D.................... $ 4,356,747.74

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. Total claim amounts of priority unsecured claims:
    Copy the total claims from Part 1 from line 5a of Schedule E/F......................................................... $ 57,034.60

    3b. Total amount of claims of nonpriority amount of unsecured claims:
    Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F.................................. +$ 174,259.00

4. **Total liabilities** .........
Lines 2 + 3a + 3b                                                                                                                      $ 4,588,041.34

**Fill in this information to identify the case:**

Debtor name: RSTZ Transport Inc

United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA

Case number (if known): 2:25-bk-20123

☒ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?
   - ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   - ☒ Yes. Fill in all of the information below.

## Part 1: List Creditors Who Have Secured Claims

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** Banc of America Leasing & Capital<br>Creditor's Name<br>M19-030-02-05<br>3030 Cross Creek Pkwy<br>Auburn Hills, MI 48326<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>Date debt was incurred<br><br>Last 4 digits of account number<br><br>Do multiple creditors have an interest in the same property?<br>☒ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority | Describe debtor's property that is subject to a lien<br>Trailer 53662023 Vanguard CIMC Reefer Trailer Spread AxleGood Condition<br><br>Describe the lien<br>vehicle loan<br>Is the creditor an insider or related party?<br>☒ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☒ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $100,620.00 | $75,000.00 |
| **2.2** Flagstar Financial & Leasing LLC<br>Creditor's Name<br>100 Duffy Ave, Suite 402<br>Hicksville, NY 11801<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>Date debt was incurred<br><br>Last 4 digits of account number<br>5091<br>Do multiple creditors have an interest in the same property?<br>☒ No | Describe debtor's property that is subject to a lien<br>Truck 7882020 Peterbuilt 389Mileage 650000Good Condition<br><br>Describe the lien<br>vehicle loan<br>Is the creditor an insider or related party?<br>☒ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☒ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent | $93,294.00 | $90,000.00 |

Official Form 206D           Schedule D: Creditors Who Have Claims Secured by Property           page 1 of 3

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com           Best Case Bankruptcy

| Debtor | RSTZ Transport Inc | | Case number (if known) | 2:25-bk-20123 |
|---|---|---|---|---|

including this creditor and its relative priority

☐ Unliquidated
☐ Disputed

---

**2.3 Flagstar Financial & Leasing LLC**
Creditor's Name

100 Duffy Ave, Suite 402
Hicksville, NY 11801
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number
**5840**

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes  Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
Trailer 53452021 Hyundai Drop Frame TrailerGood Condition

Describe the lien
Vehicle loan

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☒ No
☐ Yes  Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$22,958.00     $40,000.00

---

**2.4 Flagstar Financial & Leasing LLC**
Creditor's Name

100 Duffy Ave, Suite 402
Hicksville, NY 11801
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number
**1087**

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes  Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
Trailer 5346 - ($55,000)2020 Vanguard CIMCReefer Trailer-Spread AxleGood conditionTrailer 5348 ($50,000.)2020 Vanguard CIMCReefer TrailerGood Condition

Describe the lien

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☒ No
☐ Yes  Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$24,000.00     $105,000.00

---

3  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.     $240,872.00

**Part 2:  List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

Debtor   RSTZ Transport Inc                                              Case number (if known)   2:25-bk-20123
Name

Name and address                                                         On which line in Part 1 did you        Last 4 digits of
                                                                         enter the related creditor?            account number for
                                                                                                                this entity

Banc of America Leasing & Capital
555 California Street                                                    Line  2.5
Floor 4
San Francisco, CA 94104

## United States Bankruptcy Court
### Northern District of Georgia

In re: RSTZ Transport Inc

Debtor(s)

Case No.: 2:25-bk-20123
Chapter: 11

## VERIFICATION OF CREDITOR MATRIX - AMENDED

I, the CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: February 14, 2025

/s/ Richard Bethune
Richard Bethune/CEO
Signer/Title

**Fill in this information to identify the case:**

Debtor name  RSTZ Transport Inc

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF GEORGIA

Case number (if known)  2:25-bk-20123

☒ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.



**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
☐ Schedule H: Codebtors (Official Form 206H)
☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
☒ Amended Schedule  D
☒ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  February 17, 2025         X /s/ Richard Bethune
                                       Signature of individual signing on behalf of debtor

                                       Richard Bethune
                                       Printed name

                                       CEO
                                       Position or relationship to debtor

Banc of America Leasing & Capital
M19-030-02-05
3030 Cross Creek Pkwy
Auburn Hills, MI 48326

Banc of America Leasing & Cap
555 California Street
Floor 4
San Francisco, CA 94101

Flagstar Financial & Leasing LLC
100 Duffy Ave, Suite 402
Hicksville, NY 11801