**IT IS ORDERED as set forth below:**



**Date: June 6, 2025**

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| IN RE: | : |
| | : CASE NO.: 25-20123-jrs |
| RSTZ TRANSPORT INC, | : |
| | : CHAPTER 11 |
| Debtor. | : |
| | : |

### ORDER APPROVING STIPULATION
### FOR ADEQUATE PROTECTION

Before this Court came to be considered the Huntington National Bank ("Huntington" or "Movant") and RSTZ Transport Inc's (the "Debtor") Stipulated Motion for Adequate Protection [Dk. No. 63] (the "Motion") seeking an order providing for adequate protection with respect to one (1) 2023 Peterbilt 579 Sleeper Truck, VIN No. 1XPBD49XXPD830099 (the "Vehicle") in which Huntington has a security interest. After reviewing the Motion and considering the arguments of counsel, the court is of the opinion that the Motion should be **GRANTED**.

**IT IS ORDERED, ADJUDGED AND DECREED** as follows:

WBD (US) 4937-1690-9367v7

1. That the Stipulated Motion for Adequate Protection to Huntington shall be, and hereby is, granted, subject to the following terms and conditions;

   a. Beginning in April 2025 and continuing each and every month through the Effective Date of the Debtor's Plan, the Debtor shall pay $1,992.80 in good and sufficient funds on or before the last day of each month as adequate protection to Huntington for the use of the Vehicle;

   b. The Debtor shall maintain hazard and collision insurance on the Collateral for an amount sufficient to pay Huntington's claim in full and such insurance policy shall name Huntington as the loss payee; and

   c. The Debtor shall pay all post-petition arrearages on the Effective Date of the Debtor's Plan in accordance with the Plan.

2. In the event the Debtor fails to comply with the conditions for adequate protection set forth herein, Huntington shall file and provide written notice of default to Debtor, via email to Debtor's counsel, and the Debtor shall have ten (10) calendar days from the date of such written notice to cure the default; and

   a. If the Debtor fails to cure the default within the allowed time or if the Debtor subsequently fails to comply with the conditions for adequate protection after having previously received and cured two (2) written notices of default from Huntington, upon the filing of the third (3rd) default, Huntington shall file a certificate of non-compliance with the Court and such certificate of non-compliance shall serve as the order modifying the automatic stay to allow Huntington to repossess and recover the Collateral or schedule a hearing for

such relief. Upon the modification of the automatic stay, the Debtor shall turn over the Collateral to Huntington.

3. That the requirements of Rule 4001(a)(3) shall be, and hereby are, waived such that the order providing adequate protection to Huntington will be effective upon entry by the Court.

WE CONSENT:

/s/ Eudora Arthur
Eudora F. S. Arthur
WOMBLE BOND DICKINSON (US) LLP
555 Fayetteville Street, Suite 1100
Raleigh, NC
Telephone: (919) 755-2178
Dorie.arthur@wbd-us.com

*Pro Hac Vice, Attorney for Huntington National Bank*


/s/ Arthur A. Ebbs
Arthur A. Ebbs
WOMBLE BOND DICKINSON (US) LLP
GA State Bar No. 416181
1331 Spring Street NW
Suite 1400
Atlanta, Georgia 30309
Telephone: (404) 872-7000
Email: arthur.ebbs@wbd-us.com

*Local Counsel, Attorneys for Huntington National Bank*


/s/ Ian M. Falcone
Ian M. Falcone
THE FALCONE LAW FIRM, P.C.
GA State Bar No. 254470
363 Lawrence Street
Marietta, GA 30060
(770) 426-9359
imf@falconefirm.com

*Attorney for the Debtor*

### END OF ORDER ###

WBD (US) 4937-1690-9367v7

**Prepared and presented by:**

/s/ Arthur A. Ebbs
Arthur A. Ebbs
WOMBLE BOND DICKINSON (US) LLP
GA State Bar No. 416181
1331 Spring Street NW
Suite 1400
Atlanta, Georgia 30309
Telephone: (404) 872-7000
Email: arthur.ebbs@wbd-us.com

*Local Counsel, Attorneys for Huntington National Bank*

## Distribution List

Eudora F. S. Arthur
WOMBLE BOND DICKINSON (US) LLP
555 Fayetteville Street, Suite 1100
Raleigh, NC
Telephone: (919) 755-2178
Dorie.arthur@wbd-us.com

*Attorneys for The Huntington National Bank*

David Weidenbaum
OFFICE OF THE US TRUSTEE
362 Richard Russell Bldg
75 Turner Drive
Atlanta, GA 30303

*U.S. Trustee*

Arthur A. Ebbs
WOMBLE BOND DICKINSON (US) LLP
1331 Spring Street NW
Suite 1400
Atlanta, Georgia 30309
Telephone: (404) 872-7000
arthur.ebbs@wbd-us.com

*Attorneys for The Huntington National Bank*

Anna M. Humnicky
SMALL HERRIN, LLP
100 Galleria Parkway
Suite 350
Atlanta, GA  30339
Telephone:  (770) 783-1800
ahumnicky@smallherrin.com

*Local Counsel for Riviera Finance*

4

Ian M. Falcone
THE FALCONE LAW FIRM, P.C.
363 Lawrence Street
Marietta, GA 30060
(770) 426-9359
imf@falconefirm.com

*Attorney for the Debtor*

Kenneth D. Peters
DRESSLER │ PETERS, LLC
101 W. Grand Ave., Suite 404
Chicago, IL 60654
Telephone: (312) 602-7360
kpeters@dresslerpeters.com

*Attorney for Navitas Credit Corp.*

Vivieon Kelly Jones
ASSISTANT U.S. ATTORNEY
United States Attorney's Office
75 Ted Turner Drive SW, Suite 600
Atlanta, GA 30303
Telephone: (404) 581-6312
vivieon.jones@usdoj.gov

*Attorney for the United States by and through the United States Small Business Administration*

Stephen P. Drobny
JONES WALKER LLP
3455 Peachtree Road NE
Suite 1400
Atlanta, GA 30326
Telphone: (404) 870-7500
sdrobny@joneswalker.com

*Attorney for Mitsubishi HC Capital America, Inc.*

Matthew E. Eutzler
MOORE CLARK DuVALL & RODGERS, P.C.
2611 North Patterson Street, 2nd Floor
Valdosta, GA 31602
meutzler@mcdr-law.com
atatum@mcdr-law.com

*Attorneys for Flagstar Financial & Leasing, LLC*

Kelly E. Waits
BURR & FORMAN LLP
1075 Peachtree Street, NE, Suite 3000
Atlanta, GA 30309
Telephone: (404) 815-3000
kwaits@burr.com

*Attorneys for Banc of America Leasing & Capital LLC*

5

WBD (US) 4937-1690-9367v7