**IT IS ORDERED as set forth below:**



Date: July 15, 2025

_____
James R. Sacca
U.S. Bankruptcy Court Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | : | |
| | : | CHAPTER 11 |
| RSTZ TRANSPORT INC | : | |
| | : | CASE NO. 25-20123-JRS |
| Debtor. | : | |

ORDER AND NOTICE APPROVING DISCLOSURE STATEMENT
AND FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS OF PLAN, AND NOTICE OF
CONFIRMATION HEARING, AND NOTICE OF THE TIME FIXED FOR FILING OBJECTIONS TO
CONFIRMATION OF THE PLAN

A Disclosure Statement under Chapter 11 of the Bankruptcy Code was filed by RSTZ Transport Inc, the Debtor herein, on May 30, 2025, [Doc 82] referring to its Plan of Reorganization [Doc. 83] under Chapter 11 of the Bankruptcy Code.

On July 10, 2025, a hearing was held on the Disclosure Statement.

Page -1-

**IT IS ORDERED, and notice is hereby given, that:**

A. The Disclosure Statement filed by RSTZ Transport Inc, filed May 30, 2025, is hereby approved.

B. **AUGUST 28, 2025,** is fixed as the last day for filing written acceptance or rejections of Debtor's Plan. All ballots must be filed with:

> Clerk, US Bankruptcy Court
> 121 Spring Street, SE
> Gainesville, GA 30501

And a copy mailed to Debtor's attorney:

> Ian M. Falcone
> THE FALCONE LAW FIRM PC
> 363 Lawrence Street
> Marietta, GA 30060

C. **No later than July 21, 2025**, the Debtor shall transmit a copy of this Order, the Plan, the Disclosure Statement, and a ballot conforming to Official Form 14 shall be mailed to creditors, equity security holders, and other parties in interest, as provided in Federal Rule of Bankruptcy Procedure 3017(d) and pursuant to Federal Rules of Bankruptcy Procedure.

D. **September 11, 2025,** is fixed for the hearing on confirmation of the plan. Said hearing shall be held at **10:30 a.m.**, in Courtroom **103,** of the U.S. Courthouse, **121 Spring Street, SE, Gainesville, GA 30501** which may be attended in person or via the Court's Virtual

Hearing Room. You may join the Virtual Hearing Room through the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the homepage of the Court's website, www.ganb.uscourts.gov, or the link on the judge's webpage, which can also be found on the Court's website. Please also review the "Hearing Information" tab on the judge's webpage for further information about the hearing. You should be prepared to appear at the hearing via video, but you may leave your camera in the off position until the Court instructs otherwise. Unrepresented persons who do not have video capability may use the telephone dial-in information on the judge's webpage. Said hearing may be adjourned from time to time by announcement made in open Court without further written notice to parties in interest.

E.  **August 28, 2025,** is fixed as the last day for filing and serving written objections to confirmation of the plan pursuant to Federal Rule of Bankruptcy Procedure 3020(b)(1). Any such objections shall be filed with the Clerk, United States Bankruptcy Court, United States Courthouse, **121 Spring Street, SE, Gainesville, GA 30501**. You must also mail a copy of your response to Debtor's counsel, Ian M. Falcone, 363 Lawrence Street, Marietta, GA 30060.

F.  The plan proponent shall file a Report of Balloting with the clerk of Bankruptcy Court and serve pursuant to BLR 3018-1(b) and (c), NDGa.

G.  Pursuant to Federal Rule of Bankruptcy Procedure 4004(a) complaints objecting

to Debtor's discharge under §727(a) of the Bankruptcy Code shall be filed no later than the first date set for hearing on confirmation.

END OF DOCUMENT

| Presented by: | Approved as to Form: |
|---|---|
| /s/ IAN M. FALCONE<br>Ian M. Falcone<br>Attorney for Debtor<br>Georgia Bar No. 254470<br><br>THE FALCONE LAW FIRM, P.C.<br>363 Lawrence Street<br>Marietta GA 30060<br>770-426-9359<br>imf@falconefirm.com | /s/ DAVID WEIDENBAUM<br>David Weidenbaum<br>Staff Attorney, US Trustee<br>Georgia Bar No: 745892<br><br>Office of the US Trustee<br>363 Richard Russell Building<br>75 Ted Turner Drive<br>Atlanta, GA 30303<br>david.s.weidenbaum@usdoj.gov |

DISTRIBUTION LIST

David Weidenbaum, US Trustee
362 Richard B. Russell Building
75 Ted Turner Drive
Atlanta GA 30303

Ian M. Falcone
363 Lawrence Street
Marietta, GA 30060