IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

IN RE:                                :
                                      :   CHAPTER 11
RSTZ TRANSPORT INC                    :   CASE NO. 25-20123
                        Debtor.       :

REPORT OF BALLOTING REGARDING DEBTOR'S
AMENDED PLAN OF REORGANIZATION DATED JULY 16, 2025

Date of Tabulation of Ballots:    September 04, 2025
Date of Confirmation Hearing:     September 11, 2025

| Class Number and Description | Number of Votes | Dollar Amount of Votes | Class Vote Impairment |
|---|---|---|---|
| Class 1-<br>(A) Secured claim held by Apex for Truck 810<br>(B) Secured claim held by Apex for Trailer 5361 | __X__ Accept<br>_____ Reject<br>100 % | $91,777.00 Accept<br>$_____ Reject<br>$ 100 % | __X__ Yes<br>_____ No |
| Class 2- Secured claim held by Bank of America for Trailer 5366 | __X__ Accept<br>_____ Reject<br>100 % | $75,000.00 Accept<br>$_____ Reject<br>$ 100 % | __X__ Yes<br>_____ No |
| Class 3- Secured claim held by Daimler Truck Finance for Trailer 806, Trailer 807 and Trailer 813 | __X__ Accept<br>_____ Reject<br>100 % | $600,690.24 Accept<br>$_____ Reject<br>$ 100 % | __X__ Yes<br>_____ No |
| Class 4- Secured claim held by Flagstar Financial for Trailer 5345 | __X__ Accept<br>_____ Reject<br>100 % | $16,137.00 Accept<br>$_____ Reject<br>$ 100 % | __X__ Yes<br>_____ No |

| Class | Vote | Amount | Insider |
|---|---|---|---|
| Class 5- Secured claim held by Flagstar Financial for Trailer 5346 | __X__ Accept<br>_____ Reject<br>_100_ % | $29,844.17 Accept<br>$_____ Reject<br>$ 100 % | __X__ Yes<br>_____ No |
| Class 6- Secured claim held by Flagstar Financial for Trailer 788 | __X__ Accept<br>_____ Reject<br>_100_ % | $75,711.27 Accept<br>$_____ Reject<br>$ 100 % | __X__ Yes<br>_____ No |
| Class 7 - Secured claim held by Huntington National Bank for Trailer 811 | __X__ Accept<br>_____ Reject<br>_100_ % | $137,593.46 Accept<br>$_____ Reject<br>$ 100 % | __X__ Yes<br>_____ No |
| Class 8- Secured claim held by Mitsubishi HC Capital for Trailers 5356, 5357 and 5358 | __X__ Accept<br>_____ Reject<br>_100_ % | $182,673.71 Accept<br>$_____ Reject<br>$ 100 % | __X__ Yes<br>_____ No |
| Class 9-<br>(A) Secured claim held by Navitas Credit Group for Trailer 5353, 5354, 5355<br>(B) Secured claim held by Navitas Credit Group for Trailer 5362, and Trailer 5363<br>(C) Secured claim held by Navitas Credit Group for Trailer 5364, and Trailer 5365 | __X__ Accept<br>_____ Reject<br>_100_ % | $251,289.60 Accept<br>$_____ Reject<br>$ 100 % | __X__ Yes<br>_____ No |
| Class 10 - Secured claim held by Paccar Financial Group for Truck 795 | __X__ Accept<br>_____ Reject<br>_100_ % | $42,692.59 Accept<br>$_____ Reject<br>$ 100 % | __X__ Yes<br>_____ No |
| Class 11 - Secured claim held by Pawnee Leasing for Truck 812 | Class is not entitled to vote on the plan | | _____ Yes<br>__X__ No |
| Class 12 - Secured claim held by PNC Bank for Trailer 5349 | No ballots were cast in this class | | __X__ Yes<br>_____ No |

| | | | |
|---|---|---|---|
| Class 13 - Secured claim held by QFS | No ballots were cast in this class | | __X__ Yes <br> ____ No |
| Class 14 - Secured claim held by Riviera Finance of Texas | Class is not entitled to vote on the plan | | ____ Yes <br> __X__ No |
| Class 15 - Secured claim held by The Smarter Merchant | No ballots were cast in this class | | __X__ Yes <br> ____ No |
| Class 16-<br>(A) Secured claim held by Trans Advantage for Truck 785<br>(B) Secured claim held by Trans Advantage for Truck 790<br>(C) Secured claim held by Trans Advantage for Truck 803<br>(D) Secured claim held by Trans Advantage for Trailers 5359 and 5360 | No ballots were cast in this class | | __X__ Yes <br> ____ No |
| Class 17 - Secured claim held by Trio Capital for the 2006 Nissan Forklift | Class is not entitled to vote on the plan | | ____ Yes <br> __X__ No |
| Class 18 - Secured claim held by Univest Capital for Truck 814 | No ballots were cast in this class | | __X__ Yes <br> ____ No |
| Class 19 - Secured claim held by US Small Business Admin | Class is not entitled to vote on the plan | | ____ Yes <br> __X__ No |
| Class 20 - Secured claim held by Wikinger II | Class is not entitled to vote on the plan | | ____ Yes <br> __X__ No |

| Class 21 - General unsecured claims | __X__ Accept _____ Reject  100 % | $28,768.79 Accept $_____ Reject $ 100 % | __X__ Yes _____ No |
|---|---|---|---|
| Class 22 - Interest of Equity Holders | Class is not entitled to vote on the plan | | _____ Yes __X__ No |

A ballot was also cast by LEAF Capital Funding accepting the Plan [doc 104]. Debtor has assumed the lease with LEAF Capital Funding per the Plan. No changes to the lease with LEAF Capital Funding have been made. As a result, LEAF is unimpaired and not entitled to vote on the Plan.

This __4__ day of September 2025

/s/ Ian M. Falcone
Ian M. Falcone
Attorney for Debtor
GA Bar No: 254470

THE FALCONE LAW FIRM, PC
363 Lawrence Street
Marietta, GA 30060
770-426-9359
imf@falconefirm.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| IN RE: | : | |
|---|---|---|
| | : | CHAPTER 11 |
| RSTZ TRANSPORT INC | : | CASE NO. 25-20123 |
| Debtor. | : | |

**CERTIFICATE OF SERVICE**

This is to certify that I have this day electronically filed the foregoing "Report of Balloting", using the Bankruptcy Court's Electronic Case Filing program, which sends a notice and an accompanying link to this document to the parties who are registered to receive service via the CM/ECF system

This  4  day of September 2025

/s/ Ian M. Falcone
Ian M. Falcone
Attorney for Debtor
GA Bar No: 254470

THE FALCONE LAW FIRM, PC
363 Lawrence Street
Marietta, GA 30060
770-426-9359
imf@falconefirm.com